# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

_Pine Bluff_ **DIVISION**

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

**JUL 17 2014**

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

_John Henry Williams_
_ADC # 93081_

(Enter above the full name of the plaintiff(s)
in this action.)

V.                    CASE NO. _5:14-CV-281 - Jm - JJV_

_Cms/corizon/Debra york/Ms Ludlam_ This case assigned to District Judge _Moody_
_Warden Randy Watson/Asst Moses Jackson_ and to Magistrate Judge _Volpe_
_Major Adelle/Major Mahure/Capt stephens_

(Enter above the full name of the defendant(s)
 in this action.)

I.      Previous Lawsuits
        a) Have you begun other lawsuits in state or federal court dealing with the same facts involved
           in this action?

           Yes _____        No _____✓_____

        b) If your answer to "a" is "Yes," describe each lawsuit in the space below including the exact
           plaintiff name or alias used.  (If there is more than one lawsuit, describe the additional
           lawsuits on another piece of paper, using the same outline.)

           1.  Parties to this lawsuit

               Plaintiffs: _____ _N/A_ _____

               Defendants: _____ _N/A_ _____

           2.  Court (if federal court, name the district; if state, name the county): _____
               _____ _N/A_ _____

           3.  Docket Number: _____ _N/A_ _____

4) Name of judge to whom case was assigned: _____*N/A*_____

5) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____*N/A*_____

6) Approximate date of filing lawsuit: _____*N/A*_____

7) Approximate date of disposition: _____*N/A*_____

II.   Place of Present Confinement: _____*N/A*_____

_____*N/A*_____

III.   There is a prisoner grievance procedure in the Arkansas Department of Corrections. **Failure to complete the grievance procedure may affect your case in federal court.**

a)   Did you present the facts relating to your complaint in the state prisoner grievance procedure?

Yes _____✓_____          No _____

b)   If your answer is "yes", attached copies evidencing completion of the final step of the grievance appeal procedure. **FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT.**

c)   If your answer is "no", explain why not: _____*N/A*_____

_____*N/A*_____

_____*N/A*_____

IV.   Parties

(In item "a" below, place your name in the first blank and place your present address in the second blank.

a)   Name of Plaintiff: *John Henry Williams ADC# 93081*

Address: *P.O. Box 600/Varner Unit*

*Grady, Ar 71644*

Name of Plaintiff: ~~illegible~~

Address: ~~illegible~~

(In item "b" below, place the **full** name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.)

b)    Defendant: _Debra York_____

       Position: _Infirmary Administrator_____

       Place of Employment: _ADC VARNER UNIT_____

       Address: _P.O. Box 600, Grady, AR 71644_____

       Defendant: _Mrs. Ludlam_____

       Position: _DENTAL ASSISTANT_____

       Place of Employment: _ADC VARNER UNIT_____

       Address: _P.O. Box 600, Grady, AR 71644_____

       Defendant: _Warden Randy Watson_____

       Position: _WARDEN (ADC VARNER UNIT)_____

       Place of Employment: _ADC VARNER UNIT_____

       Address: _P.O. Box 600, Grady, AR 71644_____

       Defendant: _Moses Jackson_____

       Position: _ASSISTANT WARDEN_____

       Place of Employment: _ADC VARNER UNIT_____

       Address: _P.O. Box 600, Grady, AR 71644_____

V.    Statement of Claim

    State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. It you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

(In item "b" below, place the **full** name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.)

b)   Defendant: _MAJOr Bolden_

Position: _Chief of Security_

Place of Employment: _ADc. VARNER Unit_

Address: _P.O. Box 600 Grady, Ar 71644_

Defendant: _MAJOr Malone_

Position: _Chief of Security_

Place of Employment: _ADc. VARNER Super MAX._

Address: _P.O. Box 500, Grady, Ar 71644_

Defendant: _Capt Stephens_

Position: _Shift Commander_

Place of Employment: _ADc VARNER Super MAX_

Address: _P.O. Box 500, Grady, Ar 71644_

Defendant: _CMS/Corizon (Medical Providers For A.D.C.)_

Position: _Medical Providers For A.D.C._

Place of Employment: _VARNER Unit/VSM_

Address: _P.O. Box 600 / VARNER Unit, Central office, P.O. Box 8707, Pine Bluff, Ark., 71611_

V.   Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. It you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

# I
## History

On June 11, 2013, Plaintiff was removed from the general population of the Varner Unit, and was placed into Administrative Segregation in the Varner Super Max. Unit

On June 27, 2013, Plaintiff submitted his first sick call request to CMS/Corizon complaining of tooth pain, And on July 1, 2013, Plaintiff was interviewed by Nurse Amanda Gray who noted the dental problems, and recommended that Plaintiff be seen by the unit dentist for further medical treatment.

Between the dates of July 10, 2013, and September 11, 2013, Plaintiff submitted Approx. Thirteen (13) medical grievances, with some being rejected as being duplicates of others, but each grievance complained of severe tooth pain at different dates.

During the dates of July 10, 2013, and September 25, 2013, there was no dental services available at the Varner Unit because they were unable to Employee a full time dentist. (Grievance # VSM-13-3145 # VSM-13-3144)

Plaintiff had eleven (11) Teeth that were diseased and Abscessed, but Knowing that pulling a tooth in this condition could have fatal consequences, the pain had become so bad in two (2) of the teeth that Plaintiff pulled those two (2) teeth himself. (Grievance # VSM-13-3637)

On September 26, 2013, Dr. Russell, on loan from the Cummins Unit, came to the Varner Unit where he extrated seven (7) additional teeth (Numbers 4, 6, 7, 10, 11, 12, 13. Grievance # VSM-13-3042).

## II
## Complaint

This is a sad situation where the Plaintiff was confined to a cell within the Varner Super Max Unit, and was completely at the mercy of his care takers who allowed the Plaintiff to continuously suffer with his diseased and abcessed teeth. (see attached grievances)

CMS/Corizon are medical providers who are contracted by the Arkansas department of corrections to provide medical and dental services to their inmate population. Debra York is employed by CMS/Corizon in the position of Health Services Administrator (Ms. Yorks is no longer employeed at the Varner Unit) (Grievance # VSM-13-2944)

When contracting with the Department of corrections CMS/Corizon agreed to provide dental care, and Ms. York was responsible for ensuring that there was sufficient dental personnel on site to provide services to all inmates, However, this obligation was not meet, and the Varner Unit has continuously been without dental services. (Grievances # VSM-13-2739 VSM-13-2944)

EXTRA page - Three

Warden Randall Watson and Assistant Warden Moses Jackson are responsible for the custody and care of every inmate housed at the Varner and Varner Super Max. Units. This includes ensuring that inmates are receiving adequate, and proper medical, and dental care. Taking into consideration that these individuals are not doctors or dentist, and probably haven't had any training in medical procedures, however, these individuals were made personally aware that Plaintiff was suffering with tooth disease, and that Plaintiff was being denied dental care because the Varner Unit was without an on site dentist. These defendants did absolutely nothing other than to ignore the Plaintiff's plea's for help (Grievance VSM-13-3421 VSM-13-3422 with attached affidavits). (Grievance # VSM-N-JJJJ)

Major Bolden, Major Malone and capt. Stephens are Top ranking officials who are heads of security at The Varner and Varner Super Max Units who are also responsible for seeing that scheduled medical appointments are done in a timely manner, however, Plaintiff was scheduled for a dental visit around the 11th of September 2013 but was not seen due to some unknown security concern (Grievance # VSM-13-3042) These defendants were also personally aware of Plaintiff's plea's for help but also elected to ignore Plaintiff's plea's.

Extra Page - Poor

MS Ludlam is Employed by CSM/Corizon in The position of dental assistant who is also responsible for scheduling appointments. MS Ludlam, due to her advanced age, is unable to carry out her duties and causes severe animosity and confusion as well as spreading false information concerning inmates just wanting to File law suits, which makes it impossible to keep a dentist at the Varner Unit.

At all times while Plaintiff was Pleading with the named defendant The Cummins Unit, which is no more then two (2) miles from the Varner Unit, had a full time dentist on duty so the defendants had several options available to them, but it was their decision to allow the Plaintiff to continue to suffer until The Varner Unit could Employee a dentist.

The actions of the defendants are prohibited by The 8th Amendments, and The Personal involvement of The defendant Supervisors constitute deliberate indifference, and The delay in obtaining dental care raises triable fact questions.

All defendants are being sued in both their personal and official capacity.

The named defendants displayed a deliberate indifference to the serious dental needs of the plaintiff, which resulted in unnecessary pain and suffering. Each defendant will be addressed separately in the attached extra pages.

VI.   Relief

**State briefly exactly what you want the court to do for you.** Make no legal arguments. Cite no cases or statutes.

Plaintiff seeks a jury trial plus a preliminary injunction ordering the defendants to provide adequate dental care to inmates. Plaintiff further seeks compensation in the sum of $25,000.00 from each defendant. And for any and all other relief the court may deem just and proper.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed this 14 day of July , 20 14 .

Respectfully submitted,

John H. Williams

PLAINTIFF, Pro Se
ADC #
Varner Unit
Arkansas Department of Correction
Grady, AR 71644

Exhibit #1

105

## UNIT LEVEL GRIEVANCE FORM (Attachment I)

Unit/Center VARNER SUPER MAX

Name John Henry Williams

DC# 93081   Brks # 105   Job Assignment ___ sg.

<table>
<tr><td colspan="2">FOR OFFICE USE ONLY</td></tr>
<tr><td>GRV. #</td><td>VSM-13-2027</td></tr>
<tr><td>Date Received:</td><td>7/19/13</td></tr>
<tr><td>GRV. Code #:</td><td>100</td></tr>
</table>

7/10/13 (Date) STEP ONE: Informal Resolution

7/17/13 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: BECAUSE THERE IS
NOTHING INFORMAL A MY DENTAL PROBLEM

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _____

---

Is this Grievance concerning Medical or Mental Health Services? YES If yes, circle one: medical or mental
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print) MY LEFT KNEE HAS BEEN TORN UP FOR FOUR YEARS NOW. I SUPPOSE TO BE ON THE WAITING LIST TO MAY BE SEEN BY ORTHOPEDIC SPECIALIST DR. SHOCK. I AM TAKING SEVERAL DIFFERENT MEDICINES IN WHICH IS EATING THE LINING OF MY STOMACH UP. MY TOOTHS ARE HURTING, THERE FORE, SOME OF MY TOOTHS NEED TO BE PULLED. CORIZON MEDICAL WILL SHOW THAT I HAVE BEEN THROUGH THE SICK CALL PROCEDURE RECENTLY FOR ALL OF THESE MEDICAL PROBLEMS, BUT CORIZON'S MEDICAL STAFF HAS NOT PROVIDED ANY MEDICAL TREATMENTS TO ME FOR THESE PROBLEMS, BUT CORIZON IS CONSTANTLY CHARGING ME $3.00 AT SICK CALL FOR THESE SAME PROBLEMS.

TO SOLVE OR RESOLVE: HAVE ME SEEN BY DR. SHOCK, GIVE ME A HIGH PROTEIN SCRIPT, HAVE ME SEEN BY A DENTIST AND STOP CHARGING ME $3.00 FOR THE SAME PROBLEMS.

Inmate Signature John Williams    Date 7/10/13

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

RECEIVED DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION
AUG 27 2013

---

## THIS SECTION TO BE FILLED OUT BY STAFF ONLY

This form was received on _____ (date), and determined to be **Step One** and/or an **Emergency Grievance**
_____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name
of the person in that department receiving this form: _Sgt Higgins_ Date 7-15-13

Sgt Higgins          74365          Sgt Higgins                    7-10-13
**PRINT** STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature          Date Received

Describe action taken to resolve complaint, including **dates**: You are scheduled to
see Dr Schock.

_Selynn 7/17/13_                    John H Williams 7/17/2013
Staff Signature & Date Returned        Inmate Signature & Date Received

This form was received on 07-17-13 (date), pursuant to **Step Two**. Is it an Emergency? N (Yes or No).
Staff Who Received Step Two Grievance: Higgins     Date: 07-17-13
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: WKLM    Date: 7/19/13

---

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

Exhibit #1

IGTT420
3GH

Attachment IV

INMATE NAME: Williams, John H.          ADC #: 093081B          GRIEVANCE #: VSM13-02627

## HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(655) You submitted a grievance on July 10, 2013, with multiple complaints. You grieve that your referral to Dr. Schock has not been completed, your pain medications are eating the lining of your stomach, you have a toothache and you were being charged repeatedly for your sick call visits related to the same issues. You state "To solve or resolve: Have me seen by Dr. Schock, give me a high protein script, have me seen by a dentist and stop charging me $3.00 for the same problems".

You were referred to Dr. Schock May 3 and he saw him August 14. He made an assessment of left knee arthrosis for which he ordered Meloxicam 15mg once daily and Tylenol 500mg three times daily as needed both for five months and quad exercises. Due to the delay completing your orthopedic referral, you grievance is with merit but resolved.

Your additional complaints will not be addressed at this time because you are only allowed to grieve one issue/complaint per policy.

_Signature_

_____
Signature of Health Services
Administrator/Mental Health Supervisor or
Designee

_____        _____
Medical Grv Officer                                08/16/2013
Title                                                      Date

RECEIVED DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

AUG 27 2013

HEALTH & CORRECTIONAL PROGRAMS

## INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE? BECAUSE MY LEFT KNEE IS TORN up And NEEDS A "KNEE REPLACEMENT", but Dr. Iko And Dr. Shock refused to provide me with This medical procedure BECAUSE OF THE COST CONTAINMENT. Dr. IKO And Dr. Shock Also discontinued NEEDED MEDICATIONS THAT I had been prescribed by other PHYSICIANS before CORIZON.

Exhibit #1

IGTT430
3GD

Attachment VI

INMATE NAME: Williams, John H.          ADC #: 093081          GRIEVANCE#:VSM13-02627

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION**

On July 10, 2013, you submitted a grievance with multiple complaints. You grieve that your referral to Dr. Schock has not been completed, your pain medications are eating the lining of your stomach, you have a toothache and you were being charged repeatedly for your sick call visits related to the same issues. You state "To solve or resolve: Have me seen by Dr. Schock, give me a high protein script, and have me seen by a dentist and stop charging me $3.00 for the same problems".

The medical department responded, "You were referred to Dr. Schock May 3 and he saw you August 14. He made an assessment of left knee arthrosis for which he ordered Meloxicam 15mg once daily and Tylenol 500mg three times daily as needed both for five months and quad exercises. Due to the delay completing your orthopedic referral, you grievance is with merit but resolved. Your additional complaints will not be addressed at this time because you are only allowed to grieve one issue/complaint per policy."

Your appeal states that Dr. Iko and Dr. Schock refuse to provide you with a knee replacement; they have also discontinued some of your medications.

According to policy, "The Unit Level Grievance Form should only address one problem/issue and not multiple problems/issues. An inmate must use a separate form for each issue. Only one issue will be addressed." In addition, "The appeal cannot raise new or additional issues or complaints."

The medical department found your grievance with merit, but resolved; therefore, I find this appeal without merit.

_____          _____
Director                                          Date          10/30/13

IGTT430                    Page 1 of 1

IGTT405
3GT

Attachment V

# ACKNOWLEDGEMENT OF GRIEVANCE APPEAL
## or REJECTION OF APPEAL

TO:  Inmate  <u>Williams, John H.</u>        ADC #:  <u>093081B</u>

FROM:  <u>Kelley, Wendy L</u>        TITLE:  <u>Deputy Director</u>

RE: Receipt of Grievance  <u>VSM13-02739</u>   DATE:  <u>09/18/2013</u>



Please be advised, the appeal of your grievance dated <u>07/23/2013</u>
was received in my office on this date  <u>09/18/2013</u>

**Your grievance appeal is being returned pursuant to the Administrative Directive on Inmate
Grievances due to one of the following:**

☒ The time allowed for appeal has expired
☒ The matter is non-grievable and does not involve retaliation:

   ☒ (a) Parole and/or Release matter

   ☒ (b) Transfer

   ☒ (c) Job Assignment unrelated to medical restriction

   ☒ (d) Disciplinary matter

   ☒ (e) Matter beyond the Department's control and/or matter of State/Federal law

   ☒ (f) Involves an anticipated event

☒ You did not send all the proper Attachments:

   ☒ (a) Unit Level Grievance Form (Attachment 1)

   ☐ (b) Warden's/Center Supervisor's Decision (Attachment III); or Health Services Response
      Attached (Attachment IV for Health Issues Only)

   ☐ (c) Did not give reason for disagreement in space provided for appeal

   ☐ (d) Did not complete Attachment III or IV with your name, ADC#, and/or date

   ☐ (e) Unsanitary form(s) or documents received

   ☒ (f) This Appeal was REJECTED because it was a duplicate of <u>VSM13.3042</u> ████████

**FAILURE TO FOLLOW
POLICY HAS RESULTED IN
A REJECTION FOR THIS
APPEAL AND MARKS THE END
OF THE APPEAL PROCESS**

Exhibit #2

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**

Unit/Center VARNER SUPER MAX

Name John Henry Williams

DC# 93081    Brks # 105  Job Assignment Ad. Seg

| FOR OFFICE USE ONLY |
|---|
| GRV. # VSM-13-2739 |
| Date Received 7/26/13 |
| GRV. Code #: 600 |

7/19/13 (Date) STEP ONE: Informal Resolution

7/23/13 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: BECAUSE I NEED TO SEE
A DENTIST immediately and is past the 72 hour period

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to
a substantial risk of physical harm; emergency grievances are not for ordinary problems that are of a less serious
nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the
attached emergency receipt. If an Emergency, state why: _____

Is this Grievance concerning Medical or Mental Health Services?  YES  If yes, circle one: medical or mental

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel
involved and how **you** were affected. (Please Print): CMS/CORIZON DOES NOT
HAVE A DENTIST IN STAFF HERE AT VARNER. THIS
EVENT HAS BEEN TRANSPIRING FOR THREE MONTHS NOW.
ALL OF MY TOOTHS ARE CAUSING ME A GREAT DEAL OF
PAIN AND DISCOMFORT FOR A MONTH NOW. I HAVE BEEN
THROUGH THE SICK CALL PROCEDURE WHICH SAYS THAT I
SHOULD BE SEEN WITHIN 72 HOURS. I HAVE NOT BEEN
SEEN NOR TREATED BY A DENTIST FOR A MONTH NOW.

TO SOLVE OR RESOLVE I NEED TO SEE A DENTIST
IMMEDIATELY IN ORDER TO HAVE ALL OF MY TOOTHS
EXTRACTED.

RECEIVED-DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

John Williams                    7/19/2013
Inmate Signature                              Date

SEP 16 2013
HEALTH & CORRECTIONAL PROGRAMS

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance
_____ (Yes or No) This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name
of the person in that department receiving this form: Sgt _____  Date 7/19/13

Piggee          39936        Piggee           07-19-13
PRINT STAFF NAME (PROBLEM SOLVER)  ID Number  Staff Signature           Date Received

Describe action taken to resolve complaint, including dates: Ya were seen in sick call
on 7/1/13 by Nurse Grey and she refused ya to see the
dentist ya have been added to the list.

Piggee 7/23/13              John H. Williams        7/23/13
Staff Signature & Date Returned       Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: Sgt. L. Ligon     Date: 7-24-13
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: 7/26/13

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back
to Inmate After Completion of Step One and Step Two.

Exhibit #9

IGTT420
3GH

CBY/318

Attachment IV

INMATE NAME:  Williams, John H.          ADC #:  093081B          GRIEVANCE #:  VSM13-02739

## HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(620) Your Concern: white) CMS/Corizon does not have a dentist on staff her at Varner. This event has been transpiring for three months now. All of my tooths are causing me a great deal of pain and discomfort for a month now, I have been through the sick call procedure; Which says that I should be seen within 72 hours. I have not been seen nor treated by a dentist for a month now.
To solve or resolve: I need to see a dentist immediately in order to have all of my tooths abstracted.

Response: Your grievance dated 7/23/13 was received on 7/26/13 and a review of your medical record was completed to determine if dental care has been provided.

You placed a sick call and were seen on 7/1/13 for complaints of tooth aches, wanting your teeth extracted and were placed on the dental list. You were then seen again on 8/23/13 and informed you were still on the list to see the dentist. You are correct in that you should not have a delay in dental care for this time frame and I apologize for this.

We are utilizing dentists from other facilities and you will be seen soon.

I find your grievance with merit.

_____
Signature of Health Services
Administrator/Mental Health Supervisor or
Designee

**FAILURE TO FOLLOW
POLICY HAS RESULTED IN
A REJECTION FOR THIS
APPEAL AND MARKS THE END
OF THE APPEAL PROCESS**

Deborah Louise York          09/06/2013
_____          _____
Title                              Date

RECEIVED-DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

HEALTH/CORRECTIONAL PROGRAMS

SEP 16 2013

HEALTH/CORRECTIONAL PROGRAMS

## INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE? Because on 8/30/2013 And 9/3/2013 I had to TAKE SEVEN Ibuprofen pain pills in order for the pain to be dulled, and I EXTRACTED both of my Front Tooths from my mouth in which I have in my possesion. But I still HAVE not been seen nor TREATED by A DENTIST.

John H. Williams          93081          9/9/2013
_____          _____          _____
Inmate Signature            ADC#              Date

IGTT405
3GT

## ACKNOWLEDGEMENT OF GRIEVANCE APPEAL
## or REJECTION OF APPEAL

TO:  Inmate  <u>Williams, John H.</u>    ADC #: <u>093081B</u>
FROM: <u>Kelley, Wendy L</u>    TITLE: <u>Deputy Director</u>    *CB2 218*
RE: Receipt of Grievance <u>VSM13-02944</u>    DATE: <u>09/18/2013</u>

Please be advised, the appeal of your grievance dated
<u>08/06/2013</u>
was received in my office on this date <u>09/18/2013</u>

**Your grievance appeal is being returned pursuant to the Administrative Directive on Inmate Grievances due to one of the following:**

☒ The time allowed for appeal has expired
☒ The matter is non-grievable and does not involve retaliation:
    ☒ (a) Parole and/or Release matter
    ☒ (b) Transfer
    ☒ (c) Job Assignment unrelated to medical restriction
    ☒ (d) Disciplinary matter
    ☒ (e) Matter beyond the Department's control and/or matter of State/Federal law
    ☒ (f) Involves an anticipated event
☒ You did not send all the proper Attachments:
    ☒ (a) Unit Level Grievance Form (Attachment 1)
    ☒ (b) Warden's/Center Supervisor's Decision (Attachment III); or Health Services Response Attached (Attachment IV for Health Issues Only)
    ☒ (c) Did not give reason for disagreement in space provided for appeal
    ☒ (d) Did not complete Attachment III or IV with your name, ADC#, and/or date
    ☒ (e) Unsanitary form(s) or documents received
    ☒ (f) This Appeal was REJECTED because it was a duplicate of <u>VSM13.3042</u> ████████████
    ████████

*FAILURE TO FOLLOW
POLICY HAS RESULTED IN
A REJECTION FOR THIS
APPEAL AND MARKS THE END
OF THE APPEAL PROCESS*

*This Medical Grievance Is The Same
As VSM13-03042 But Was Rejected*

Exhibit #3

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center VA. ITE. SUP. MAX.

Name John Henry Williams

IC# 93081  Brks # 105  Job Assignment Ad. Seg.

FOR OFFICE USE ONLY
GRV. # VSM-13-2944
Date Received: 8/7/13
GRV. Code #: 600

8/1/13 (Date) STEP ONE: Informal Resolution

8/6/13 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why BEAUSE I WILL / I.D.O.C NOT having a Dentist to treat my issue I will potentially loose all of my Tooths.

8/1/13 (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature. If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: BEAUSE THE PAIN I'M EVER THAT I HUT ALL OVE ESPECIALLY IN MY MOUTH AND HEAD.

*Is this Grievance concerning Medical or Mental Health Services?* YES *If yes, circle one* medical *or mental*

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, date, place, name of personnel involved and how **you** were affected. (Please Print) CUR/CORIZON has not had a DENTIST ON STAFF to almost three tooths now which is well documented in their management record. See a contract Dr. / I loan you. I have extreme dental issue where all of my tooth need to substate tooth my mouth because they loose abssessed ___ own but I had ANOTHEA in which now has been that way for over a month. I have been through the sick call procedure CUR/CORIZON policy. I should have been refered medical treatment to my medical complaint. 72 Hours but that has not occured. the state CUR/CORIZON purposely and knowingly allowing me to suffer great pain and discomfort and violating their own policy by not having a Dentist on staff and want me to a Third Party outside to treat my medical problem. To resolve I'd refered me with a Dentist IMMEDIATELY, because CUR/CORIZON allowing my medical problem to spread throughout my entire body.

Inmate Signature John H. Williams  Date 1/1/13

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date

RECEIVED-DEPUTY DIRECTOR
ARKANSAS DEPARTMENT OF CORRECTION

FAILURE TO FOLLOW POLICY HAS RESULTED IN A REJECTION FOR THIS APPEAL AND MARK THE END OF THE APPEAL PROCESS.

SEP 16 2013

CORRECTIONAL PROGRAMS

PRINT STAFF NAME (PROBLEM SOLVER)  ID Number  Date Received  6-7-13

RECEIVED
AUG - 7 2013
VARNER UNIT GRIEVANCE

Describe action taken to resolve complaint, including dates:

Staff Signature & Date Returned

Inmate Signature & Date Received John H. Williams 8/6/13

This form was received on 8/6/13 (date), pursuant to **Step Two**. Is it an Emergency? no (Yes or No).

Staff Who Received Step Two Grievance: _____ Date: 8/6/13

Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date:

If forwarded, provide name of person receiving this form: Deputy  Date: 8-7-13

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

CB2/218 ✓

IGTT420
3GH

Attachment IV

INMATE NAME:  Williams, John H.          ADC #:  093081B          GRIEVANCE #:  VSM13-02944

### HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(620) You submitted VSM13-3042 on August 1, 2013, and your yellow copy of that same grievance, VSM13-2944, both grieving that all of your teeth need to be extracted but there is no dentist at this unit. You state you are in pain.

Per Ms. Ludlam, Dental Assistant, you were scheduled to be seen last week but your visit was not completed, due to security issues, your name is still on the Dental Sick Call List. August 14, 2013, you were ordered Tylenol 500mg three times daily as needed and Meloxicam 15mg once daily both for five months for pain control. Please submit a sick call request if any swelling or redness appears so that the nurse can re-assess the condition of your mouth.

Dentists from other units are seeing our inmates as time permits. Due to the delays, VSM13-3042 is with merit, VSM13-2944 is without merit because it is a duplicate. I apologize for the delay.

_C Gardner_

| | | |
|---|---|---|
| Signature of Health Services Administrator/Mental Health Supervisor Designee | Medical Grv Officer | 09/11/2013 |
| | Title | Date |

FAILURE TO FOLLOW POLICY HAS RESULTED IN A REJECTION FOR THIS APPEAL AND MARKS THE END OF THE APPEAL PROCESS

**INMATE'S APPEAL**

RECEIVED-DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

If you are not satisfied with this response, you may appeal this decision within five working days by filling SEP 16 2013 in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they HEALTH & CORRECTIONAL PROGRAMS will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE? How could this grievance not have "merit" and it is a "duplicate" of VSM 13-3042? And Grievance #"VSM13-3042" has "merit"? Also, what happened to Unit Level Grievance Form (Attachment I) white copy in which I submitted on 8/11/2013?

_John H. Williams_                    _93081_              _9/12/2013_
Inmate Signature                        ADC#                   Date

FAILURE TO FOLLOW
POLICY HAS RESULTED IN
A REJECTION FOR THIS
APPEAL AND MARKS THE END
OF THE APPEAL PROCESS

RECEIVED-DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

SEP 1 6 2013

HEALTH & CORRECTIONAL PROGRAMS

Exhibit #4

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center VARNER SUPER MAX

Name John HENRY WILLIAMS Jones

IC# 93081   Brks # 105   Job Assignment 4ds Step

NO GK

| FOR OFFICE USE ONLY |
|---|
| GRV. VSM-13-3042 |
| Date Received: 8/13/13 |
| GRV. Code #: 600 |

8/1/13 (Date) STEP ONE: Informal Resolution   AUG 8 2013

8/7/13 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: BECAUSE by CMS/CORIZON NOT having a DENTIST to treat my ISSUE I will probably loose ALL of my TOOTHS.

8/1/13 (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature.) If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: BECAUSE THE PAIN IS SO SEVER THAT I HURT ALL OVER, ESPECIALLY IN MY MOUTH AND HEAD.

*Is this Grievance concerning Medical or Mental Health Services?* YES *If yes, circle one:* (medical) or mental

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, date, place, name of personnel involved and how **you** were affected. (Please Print): CMS/CORIZON HAS NOT HAD A DENTIST ON STAFF for ALMOST THREE MONTHS NOW IN which is WELL documented in THEIR MANAGEMENT RECORDS. SEE OR CONTACT Ms. DEBORAH YORK. I HAVE EXTREME DENTAL ISSUES, whereupon, ALL of my TOOTHS needs to be ABSTRACTED from my mouth, because THEY loose, Abscessed, gum boils, and ANOTHER in which now has been THAT WAY FOR OVER A MONTH. I HAVE BEEN THROUGH THE SICK CALL procedure per CMS/CORIZON policies. I should have been rendered medical TREATMENT for my medical problem after 72 (hours) BUT THAT HAS NOT occured here-fore. CMS/CORIZON is PURPOSELY and knowingly ALLOWING ME TO SUFFER GREAT PAIN AND discomfort and VIOLATING THEIR OWN policies by NOT HAVING A DENTIST ON STAFF and wont SEND ME TO A THIRD PARTY OUT SIDE TO TREAT MY MEDICAL problem. TO RESOLVE OR SOLVE provided ME with A DENTIST IMMEDIATELY!, because CMS/CORIZON is Allowing my medical problem TO SPREAD Throughout my ENTIRE body.

Inmate Signature John H. Williams   Date 8/1/13

RECEIVED DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**   SEP 16 2013

HEALTH & CORRECTIONAL PROGRAMS

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). Date 8-1-13 of the person in that department receiving this form: WALKER Be _____ 8-0-13

**PRINT** STAFF NAME (PROBLEM SOLVER) DSMit   ID Number 10030   Staff Signature DSMit   Date Received

Describe action taken to resolve complaint, and dates: If you are having dental problems please submit a sick-call request so you can be evaluated by medical staff.

CSE Lewis 8/7/13

Staff Signature & Date Returned   John H. Williams 8/7/13
Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____   Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other)   Date: _____
If forwarded, provide name of person receiving this form: _____   Date: 8/14/13

------------------------------------------------------------------

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

CB2/218 ✓

IGTT420
3GH

Attachment IV

INMATE NAME:  Williams, John H.      ADC #:  093081B      GRIEVANCE #:  VSM13-03042

## HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(620) You submitted VSM13-3042 on August 1, 2013, and your yellow copy of that same grievance, VSM13-2944, both grieving that all of your teeth need to be extracted but there is no dentist at this unit. You state you are in pain.

Per Ms. Ludlam, Dental Assistant, you were scheduled to be seen last week but your visit was not completed, due to security issues, your name is still on the Dental Sick Call List. August 14, 2013, you were ordered Tylenol 500mg three times daily as needed and Meloxicam 15mg once daily both for five months for pain control. Please submit a sick call request if any swelling or redness appears so that the nurse can re-assess the condition of your mouth.

Dentists from other units are seeing our inmates as time permits. Due to the delays, VSM13-3042 is with merit, VSM13-2944 is without merit because it is a duplicate. I apologize for the delay.

_C Gardner_

| | | |
|---|---|---|
| Signature of Health Services Administrator/Mental Health Supervisor or Designee | Medical Grv Officer | 09/11/2013 |
| | Title | Date |

RECEIVED-DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

**INMATE'S APPEAL**

SEP 16 2013

HEALTH & CORRECTIONAL PROGRAMS

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE? Yes this Grievance has "Merit", but that don't Excuse Corizon for not having a Dentist on staff here at Varner. It is the 9/12/2013 and Corizon still have not provided Me with a Dentist. Also, what happened to the "Pink Copy" in which I submitted?

Exhibit #4

IGTT430
3GD

Attachment VI

INMATE NAME: Williams, John H.        ADC #: 093081        GRIEVANCE#:VSM13-03042

## CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

On August 1, 2013 you grieved that you are in pain and your teeth needs to be extracted, but your unit does not have a dentist.

The medical department responded, "Per Ms. Ludlam, Dental Assistant, you were scheduled to be seen last week but your visit was not completed, due to security issues, your name is still on the Dental Sick Call List. August 14, 2013, you were ordered Tylenol 500mg three times daily as needed and Meloxicam 15mg once daily both for five months for pain control. Please submit a sick call request if any swelling or redness appears so that the nurse can re-assess the condition of your mouth. Dentists from other units are seeing our inmates as time permits. Due to the delays, VSM13-3042 is with merit, VSM13-2944 is without merit because it is a duplicate. I apologize for the delay."

Your appeal states that your unit is still without a dentist, and you have not been seen in dental clinic.

The nurse saw you on July 1, for the complaint of a loose tooth and you were referred to the dentist. Dr. Russell saw you on September 26, with complaints of needing some of your teeth extracted. He extracted tooth number's (4, 6, 7, 10, 11, 12, and 13); he ordered Amoxicillin 500 mg 1 tablet TID for 10 days and noted, "Informed patient of recommended treatment. If patient desires further treatment, a request form should be submitted. Informed patient of recommended treatment. If patient desires further treatment, a request form should be submitted."

You were referred to the dentist on July 1, and not seen until September 26; therefore, I find this appeal with merit, but resolved.

Director _____        Date __10/30/13__

IGTT430                                    Page 1 of 1

_John A. Williams_     _93081_     _9/12/2013_

Inmate Signature        ADC#        Date

RECEIVED-DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

SEP **1 6** 2013

HEALTH & CORRECTIONAL PROGRAMS

IGTT405
3GT

Attachment V

# ACKNOWLEDGEMENT OF GRIEVANCE APPEAL
## or REJECTION OF APPEAL

TO:  Inmate   Williams, John H.          ADC #:  093081B
FROM:  Kelley, Wendy L                   TITLE:  Deputy Director
RE: Receipt of Grievance  VSM13-03069    DATE:  09/24/2013

Please be advised, the appeal of your grievance dated
08/12/2013
was received in my office on this date  09/24/2013

**You will receive communication from this office regarding this Grievance by**   11/05/2013

- ☒ The time allowed for appeal has expired
- ☒ The matter is non-grievable and does not involve retaliation:
    - ☐ (a) Parole and/or Release matter
    - ☒ (b) Transfer
    - ☒ (c) Job Assignment unrelated to medical restriction
    - ☒ (d) Disciplinary matter
    - ☒ (e) Matter beyond the Department's control and/or matter of State/Federal law
    - ☒ (f) Involves an anticipated event
- ☒ You did not send all the proper Attachments:
    - ☒ (a) Unit Level Grievance Form (Attachment 1)
    - ☒ (b) Warden's/Center Supervisor's Decision (Attachment III); or Health Services Response Attached (Attachment IV for Health Issues Only)
    - ☒ (c) Did not give reason for disagreement in space provided for appeal
    - ☒ (d) Did not complete Attachment III or IV with your name, ADC#, and/or date
    - ☒ (e) Unsanitary form(s) or documents received
    - ☒ (f) This Appeal was REJECTED because it was a duplicate of  , or was frivolous or vexatious

Exhibit #1

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**

RECEIVED

Unit/Center VARNER SUPER MAX

Name John Henry Williams          AUG 14 2013

IC# 93081   Brks # 202   Job Assignment Ad. Seg.

WARNER UNIT GRIEVANCE

FOR OFFICE USE ONLY
GRV. VSM-13-3069
Date Received: 8/15/13
GRV. Code #: 600

8/6/13 (Date) STEP ONE: Informal Resolution

8/12/13 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: BECAUSE Corizon Don't
HAVE A DENTIST ON STAFF.

8/6/13 (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to
a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious
nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the
attached emergency receipt. If an Emergency, state why: I AM IN GREAT PAIN And Discomfort,
CAN Somebody PLEASE Help ME IMMEDIATELY !!!

*Is this Grievance concerning Medical or Mental Health Services?* YES If yes, circle one medical or mental
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, date, place, name of personnel
involved and how **you** were affected. (Please Print): CMS/Corizon IS DENYING ME MEDICAL
CARE BECAUSE THEY (CMS/Corizon) HERE AT VARNER does NOT
HAVE A DENTIST ON STAFF To PROVIDE ME WITH DENTAL SERVICES
FOR MY WELL DOCUMENTED DENTAL PROBLEMS. Under CMS/Corizon
CONTRACT Article I, Definitions (1.12) Daily Physicians/DENTIST
COVERAGE: shall mean and REFER To THE availability OF A PHYSICIAN
and/or DENTIST, on or Fon THE PREMISES of An ADC or DCC
OPERATE/MANAGED FACILITY, FOR THE purpose of RENDERING CARE
& TREATMENT, PURSUANT To HEALTH COMPLAINT REGISTERED
by OFFENDERS during normal Work hours; GENERALLY 8:00 A.M.
TO 5:00 P.M. MONDAY Through FRIDAY OF EACH CALANDER
WEEK. CMS/Corizon IS IN VIOLATION of THIS POLICY BECAUSE THEY
don't HAVE A DENTIST ON STAFF FOR GENERAL WORK hours 8:00 A.M
TO 5:00 P.M. TO TREAT MY WELL DOCUMENTED HEALTH COMPLAINTS FOR
ALMOST THREE MONTHS NOW. To RESOLVE. HAVE A.D.C. Asst. DiRECTOR
Wendey Kelley to check into this MATTER IMMEDIATELY.

Inmate Signature John H. Williams          Date 8/6/2013

RECEIVED
AUG 2013

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance
___ (Yes or No). This form was forwarded to medical or mental health? ___ (Yes or No). If yes, name
of the person in that department receiving this form: _____ Date 8/12/13

PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature          Date Received
Describe action taken to resolve complaint, including **dates**: If you are having dental
or medical problems. so you can be evaluated by the
medical staff. You have _____ refused to see the dentist
CS ___ 8/12/13          SEP 24 2013   John Williams   8/12/13

Staff Signature & Date Returned          Inmate Signature & Date Received

This form was received on _____ (date) pursuant to **Step Two**. Is it an Emergency? ___ (Yes or No).
staff Who Received Step Two Grievance   _____ Date: 8/14/13
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: 8/15/13

----

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back
to Inmate After Completion of Step One and Step Two.

Exhibit 3

CB2/218

IGTT420
3GH

Attachment IV

INMATE NAME:  Williams, John H.        ADC #:  093081B        GRIEVANCE #:  VSM13-03069

### HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(620) You submitted another grievance complaining that we do not have a full time dentist to provide your needed dental services.

I addressed this same complaint in response to VSM13-2944 and 3042.

Per Ms. Ludlam, Dental Assistant, you were scheduled to be seen last week but your visit was not completed, due to security issues, your name is still on the Dental Sick Call List. August 14, 2013, you were ordered Tylenol 500mg three times daily as needed and Meloxicam 15mg once daily both for five months for pain control. Please submit a sick call request if any swelling or redness appears so that the nurse can re-assess the condition of your mouth.

Dentists from other units are seeing our inmates as time permits. Due to the delays, VSM13-3042 is with merit, VSM13-2944 is without merit because it is a duplicate. I apologize for the delay.

_____
Signature of Health Services
Administrator/Mental Health Supervisor or
Designee

Medical Grv Officer
Title

09/13/2013
Date

RECEIVED DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

SEP 24 2013

HEALTH & CORRECTIONAL PROGRAMS

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE? BECAUSE Apologies do not "cue" my medical problems And I can only take so much medicine in which is now messing up my stomach, kidney and liver.

Exhibit T-5

IGTT430
3GD

Attachment VI

INMATE NAME: Williams, John H.          ADC #: 093081          GRIEVANCE#:VSM13-03069

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION**

On August 6, 2013 you grieved that your unit does not have a dentist and you are not getting treatment for your dental pain.

The medical department responded, "Per Ms. Ludlam, Dental Assistant, you were scheduled to be seen last week but your visit was not completed, due to security issues, your name is still on the Dental Sick Call List. August 14, 2013, you were ordered Tylenol 500mg three times daily as needed and Meloxicam 15mg once daily both for five months for pain control. Please submit a sick call request if any swelling or redness appears so that the nurse can re-assess the condition of your mouth. Dentists from other units are seeing our inmates as time permits. Due to the delays, VSM13-3042 is with merit, VSM13-2944 is without merit because it is a duplicate. I apologize for the delay"

Your appeal states that apologies do not cure your medical problems and you can only take so much pain medication which is now bothering our stomach and kidneys and liver.

According to policy, "The Unit Level Grievance Form should only address one problem/issue and not multiple problems/issues. An inmate must use a separate form for each issue. Only one issue will be addressed." And "New issues cannot be added to the form and will not be considered."

This issue was addressed in grievance VSM13-3042; please refer to that response.

Wendy Kelly
Director

11/3/13
Date

IGTT430                          Page 1 of 1

_John H. Williams_      _93081_      _9/14/2013_
Inmate Signature        ADC#          Date

RECEIVED-DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

SEP 2 4 2013

HEALTH & CORRECTIONAL PROGRAMS

IGTT405
3GT

Attachment V

# ACKNOWLEDGEMENT OF GRIEVANCE APPEAL
## or REJECTION OF APPEAL

TO:  Inmate  <u>Williams, John H.</u>          ADC #:  <u>093081B</u>
FROM:  <u>Kelley, Wendy L</u>                       TITLE:  <u>Deputy Director</u>
RE: Receipt of Grievance  <u>VSM13-03070</u>   DATE:  <u>09/27/2013</u>



Please be advised, the appeal of your grievance dated
<u>08/12/2013</u>
was received in my office on this date  <u>09/27/2013</u>

**Your grievance appeal is being returned pursuant to the Administrative Directive on Inmate Grievances due to one of the following:**

☒ The time allowed for appeal has expired
☒ The matter is non-grievable and does not involve retaliation:
    ☒ (a) Parole and/or Release matter
    ☒ (b) Transfer
    ☒ (c) Job Assignment unrelated to medical restriction
    ☒ (d) Disciplinary matter
    ☒ (e) Matter beyond the Department's control and/or matter of State/Federal law
    ☒ (f) Involves an anticipated event
☒ You did not send all the proper Attachments:
    ☒ (a) Unit Level Grievance Form (Attachment 1)
    ☒ (b) Warden's/Center Supervisor's Decision (Attachment III); or Health Services Response Attached (Attachment IV for Health Issues Only)
    ☒ (c) Did not give reason for disagreement in space provided for appeal
    ☒ (d) Did not complete Attachment III or IV with your name, ADC#, and/or date
    ☒ (e) Unsanitary form(s) or documents received
    ☒ (f) This Appeal was REJECTED because it was a duplicate of <u>VSM13.3069</u> ████████

FAILURE TO FOLLOW POLICY HAS RESULTED IN A REJECTION FOR THIS APPEAL AND MARKS THE END OF THE APPEAL PROCESS

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**

Unit/Center **Varner Super Max**

Name **John Henry Williams**  RECEIVED

IC# **93081**  Brks # **202**  Job Assignment ___

FOR OFFICE USE ONLY

GRV# **VSM-13-3070**

Date Received: **8/15/13**

V. Code # **600**

**8/6/13** (Date) STEP ONE: Informal Resolution

**8/12/13** (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: **BECAUSE I HAVE NOT BEEN SEEN OR TREATED by A DENTIST IN OVER A Month**

**8/6/13** (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature. If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: **BECAUSE THIS DISEASE HAS SPREAD Through MY ENTIRE body, Causing Me GREAT Pain And Discomfort.**

*Is this Grievance concerning Medical or Mental Health Services?* **YES** If yes, circle one: medical or mental

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, date, place, name of personnel involved and how **you** were affected. (Please Print) **CMS/Corizon is PURPOSELY Denying DENTAL SERVICES TO ME because Under CMS/ Corizon CONTRACT ARTICLE I. DEfinitions (1.3) Comprehensive Health Program For ADC: REfers to comprehensive, Medical and Dental SERVICES Required to PREVENT deterioration of A PRE-Existing Medical/Dental condition/illness, maintain an offender's ongoing health status, or control and PREVENT The SPREAD of A known DISEASE or diseased condition. Under These PROVISIONS CMS/Corizon Medical STAFF here at VARNER IS in TOTAL VIOLATION because I have ReportED and been Though the Sick CALL procedure for my DENTAL problems, whereupon, Absolutely no DENTAL SERVICES has been provided TO ME for over A month. MY TEETH Are loose, abscessed with Gum Boils and probably ARE full of pyorrhea. MY ENTIRE body hurts Concerning This illness, TherEfore, This illness has spreaded To SOLVE; TRANSFER ME TO A UNIT That has A DENTIST. IMMEDIATELY**

Inmate Signature **John A. Williams**  Date **8/6/2013**

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**RECEIVED DEPUTY DIRECTOR ARKANSAS DEPARTMENT OF CORRECTION**

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No) This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: ___

PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received **8/6/13**

Describe action taken to resolve complaint, including dates: **You have been referred to see the dentist, but if you are having dental pain Please submit a sick call request so you can be evaluated by medical staff.**

Staff Signature & Date Returned ___ **8/12/13**   Inmate Signature & Date Received **John Williams 8/12/13**

This form was received _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received ___ STEP Cormick le Date: **8/10/13**

Action Taken: **A REJECTION FOR** ___ Forwarded to Grievance Officer/Warden/Other) Date: ___

If forwarded, provide name of person receiving this form: **David**  Date: **8/15/13**

**DISTRIBUTION: YELLOW & PINK**-Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

Exhibit #6

CB2/218

IGTT420
3GH

Attachment IV

INMATE NAME:  Williams, John H.          ADC #:  093081B          GRIEVANCE #:  VSM13-03070

## HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(620) Duplicate of VSM13-2944, 3042 and 3069.

Per Ms. Ludlam, Dental Assistant, you were scheduled to be seen last week but your visit was not completed, due to security issues, your name is still on the Dental Sick Call List. August 14, 2013, you were ordered Tylenol 500mg three times daily as needed and Meloxicam 15mg once daily both for five months for pain control. Please submit a sick call request if any swelling or redness appears so that the nurse can re-assess the condition of your mouth.

Dentists from other units are seeing our inmates as time permits. Due to the delays, VSM13-3042 is with merit, VSM13-2944 is without merit because it is a duplicate. I apologize for the delay.

FAILURE TO FOLLOW
POLICY HAS RESULTED IN
A REJECTION FOR THIS
APPEAL AND MARKS THE END
OF THE APPEAL PROCESS

_____
Signature of Health Services
Administrator/Mental Health Supervisor or
Designee

Medical Grv Officer
_____
Title

09/13/2013
_____
Date

RECEIVED HEALTH SERVICES DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

SEP 24 2013

HEALTH & CORRECTIONAL PROGRAMS

## INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE? BECAUSE CORIZON STILL HAVE NOT TREATED Me for my MEDICAL problem. And my MEDICAL problem is not going to just MAGICALLY disAPPEAR. And the longer the delay, the more my MEDICAL problem spreads throughout my mouth And Body. And THAT is A VIOLATION of ADC/DCP/CORIZON CONTRACT.

_John H. Williams MD_      _93081_      _9/4/2013_

Inmate Signature             ADC#             Date

**FAILURE TO FOLLOW
POLICY HAS RESULTED IN
A REJECTION FOR THIS
APPEAL AND MARKS THE END
OF THE APPEAL PROCESS**

RECEIVED-DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

SEP 2 4 2013

HEALTH & CORRECTIONAL PROGRAMS

IGTT405
3GT

Attachment V

# ACKNOWLEDGEMENT OF GRIEVANCE APPEAL
## or REJECTION OF APPEAL

TO:  Inmate   Williams, John H.          ADC #:  093081B
FROM:  Kelley, Wendy L                    TITLE:  Deputy Director
RE: Receipt of Grievance  VSM13-03144    DATE:  09/26/2013

Please be advised, the appeal of your grievance dated
08/15/2013
was received in my office on this date  09/26/2013

**You will receive communication from this office regarding this Grievance by**   11/07/2013

☒ The time allowed for appeal has expired
☒ The matter is non-grievable and does not involve retaliation:
   ☒ (a) Parole and/or Release matter
   ☒ (b) Transfer
   ☒ (c) Job Assignment unrelated to medical restriction
   ☒ (d) Disciplinary matter
   ☒ (e) Matter beyond the Department's control and/or matter of State/Federal law
   ☒ (f) Involves an anticipated event
☒ You did not send all the proper Attachments:
   ☒ (a) Unit Level Grievance Form (Attachment 1)
   ☒ (b) Warden's/Center Supervisor's Decision (Attachment III); or Health Services Response
       Attached (Attachment IV for Health Issues Only)
   ☒ (c) Did not give reason for disagreement in space provided for appeal
   ☒ (d) Did not complete Attachment III or IV with your name, ADC#, and/or date
   ☒ (e) Unsanitary form(s) or documents received
   ☒ (f) This Appeal was REJECTED because it was a duplicate of  , or was frivolous or vexatious

Exhibit #7

## UNIT LEVEL GRIEVANCE FORM (Attachment I)

**Unit/Center** VARNER SPER MAX

**Name** John Henry Williams

**ADC#** 93081    **Brks #** 202    **Job Assignment** Ad. Seg.

8/13/13 (Date) STEP ONE: Informal Resolution

8/15/13 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: BECAUSE I STILL HAVE NOT SEEN A DENTIST.

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why:

*Is this Grievance concerning Medical or Mental Health Services?* YES If yes, circle one: *medical* or mental
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): RELEVANT: Corizon CONTRACT, Article VII, Terms and Conditions (7.8 (A) & (B), PERSONNEL REQUIREMENTS. Defines the minimum staffing commitment of man-hour by and for designated job categories which is to be provided by Corizon. ADC/DCP expects Corizon to provide sufficient qualified personnel to accommodate, at minimum, the designated job categories and specified man-hour requirements for each category, and provide services that meet applicable ACA and/or NCCHC standards. ADC/DCP shall expect Corizon to maintain, at minimum, this staff cadre throughout the term of this contract and to fill any vacant positions within (30) calendar days of vacancy. Under these provisions Ms. Deangan York is in total violation because there is no dentist on staff here at Varner ASM for over (30) days now and as Corizon Manager, it is Ms. York's responsibility to ensure sufficient qualified personnel employees to accommodate, at minimum, the designated job categories in specified areas.

**Inmate Signature** John H. Williams    **Date** 8/13/2013

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

### THIS SECTION TO BE FILLED OUT BY STAFF ONLY

This form was received on _____ (date), and determined to be **Step One** and/or an **Emergency Grievance**
_____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No) If yes, name of the person in that department receiving this form: _____ Date 8/14/13

STHC Cami Uke    **ID Number** 80812    **Staff Signature** STHC C. Oliver car    **Date Received** 8/14/13
**PRINT STAFF NAME (PROBLEM SOLVER)**

Describe action taken to resolve complaint, including dates: You are scheduled to be seen in dental this week.

C. Oliver car 8/15/13    **Inmate Signature & Date Received** John H. Williams 8/15/13
**Staff Signature & Date Returned**

This form was received on _____ (date) pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forward to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: WPNA    Date: 8/21/13

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

Exhibit 7

CB2/218 ✓

IGTT420
3GH

Attachment IV

INMATE NAME: Williams, John H.        ADC #: 093081B        GRIEVANCE #: VSM13-03144

## HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(620) You submitted two more grievances related to the delayed completion of your dental clinic referral. You state Corizon is violating ACA and NCCHC standards by not having a full time dentist on staff.

Per Ms. Ludlam, Dental Assistant, you were scheduled to be seen the first week of September but your visit was not completed, due to security issues, your name is still on the Dental Sick Call List. August 14, 2013, you were ordered Tylenol 500mg three times daily as needed and Meloxicam 15mg once daily both for five months for pain control. Please submit a sick call request if any swelling or redness appears so that the nurse can re-assess the condition of your mouth.

Corizon is looking for a full time dentist for this site. At this time, dentists from other units are seeing our inmates as time permits. Due to the delays, your grievances are with merit.

_Signature_

_____
Signature of Health Services
Administrator/Mental Health Supervisor or
Designee

<table>
<tr><td>Medical Grv Officer</td><td>09/18/2013</td></tr>
<tr><td>Title</td><td>Date</td></tr>
</table>

RECEIVED DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

SEP 24 2013

HEALTH & CORRECTIONAL PROGRAMS

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE? Because my entire body is in pain because of the unabstracted Tooths still in my mouth. Have me Transfer Immediately from Varner to Another A.D.C. Unit that has a Dentist.

IGTT430
3GD

Attachment VI

INMATE NAME: Williams, John H.          ADC #: 093081          GRIEVANCE#:VSM13-03144

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION**

On August 13, 2013, you grieved that Corizon is violating ACA and NCCHC standards by not having a full time dentist on staff.

The medical department responded, "Per Ms. Ludlam, Dental Assistant, you were scheduled to be seen the first week of September but your visit was not completed, due to security issues, your name is still on the Dental Sick Call List. August 14, 2013, you were ordered Tylenol 500mg three times daily as needed and Meloxicam 15mg once daily both for five months for pain control. Please submit a sick call request if any swelling or redness appears so that the nurse can re-assess the condition of your mouth. Corizon is looking for a full time dentist for this site. At this time, dentists from other units are seeing our inmates as time permits. Due to the delays, your grievances are with merit."

Your appeal states that your body is in pain due to the fact that you have teeth that needed to be extracted and you request to be transferred to another unit that has a dentist.

According to policy, "The Unit Level Grievance Form should only address one problem/issue and not multiple problems/issues. An inmate must use a separate form for each issue. Only one issue will be addressed." And "New issues cannot be added to the form and will not be considered."

This issue was addressed in grievance VSM13-3042; please refer to that response.

_____          _11/3/13_____
Director                                         Date

John H. Williams                    93081                    9/20/2013
_____                 _____               _____
Inmate Signature                    ADC#                       Date

RECEIVED DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

SEP 2 4 2013

HEALTH & CORRECTIONAL PROGRAMS

IGTT405
3GT

Attachment V

## ACKNOWLEDGEMENT OF GRIEVANCE APPEAL
## or REJECTION OF APPEAL

TO:  Inmate  <u>Williams, John H.</u>          ADC #:  <u>093081B</u>
FROM:  <u>Kelley, Wendy L</u>                    TITLE:  <u>Deputy Director</u>
RE: Receipt of Grievance  <u>VSM13-03145</u>     DATE:  <u>09/24/2013</u>

Please be advised, the appeal of your grievance dated
<u>08/15/2013</u>
was received in my office on this date  <u>09/24/2013</u>

**You will receive communication from this office regarding this Grievance by**   <u>11/05/2013</u>

- [x] The time allowed for appeal has expired
- [x] The matter is non-grievable and does not involve retaliation:
    - [x] (a) Parole and/or Release matter
    - [x] (b) Transfer
    - [x] (c) Job Assignment unrelated to medical restriction
    - [x] (d) Disciplinary matter
    - [x] (e) Matter beyond the Department's control and/or matter of State/Federal law
    - [x] (f) Involves an anticipated event
- [x] You did not send all the proper Attachments:
    - [x] (a) Unit Level Grievance Form (Attachment 1)
    - [x] (b) Warden's/Center Supervisor's Decision (Attachment III); or Health Services Response Attached (Attachment IV for Health Issues Only)
    - [x] (c) Did not give reason for disagreement in space provided for appeal
    - [x] (d) Did not complete Attachment III or IV with your name, ADC#, and/or date
    - [x] (e) Unsanitary form(s) or documents received
    - [x] (f) This Appeal was REJECTED because it was a duplicate of  , or was frivolous or vexatious

Exhibit 8

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**

Unit/Center _Varner Super Max_

Name _John Henry Williams_

IC# _93081_    Brks # _202_    Job Assignment _Ad. Seg_

| FOR OFFICE USE ONLY |
|---|
| GRV. _VSM-13-345_ (M) |
| Date Received _8/21/13_ |
| GRV. Code # _600_ |

_8/13/13_ (Date) STEP ONE: Informal Resolution

_8/15/13_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _Because Corizon's_
_staff are fabricating the facts_

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm. Emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _____

RECEIVED
AUG 2 1 2013
VARNER SUPER MAX GRIEVANCE

_Is this Grievance concerning Medical or Mental Health Services?_ _Yes_ _If yes, circle one medical or mental_
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): CMS/Corizon manager Deborah York here at Varner inmate Super max under CMS/Corizon contract Article I. Definitions (1.16) Quality Improvement Program. Refers to that management process which ensures the quality and consistency of delivered health services through periodic review of patient charts and ongoing monitoring of clinical services. The program includes the application of objective assessment techniques to determine the cause and scope of an identified problem or concern; assessment may be made prospectively, concurrently, or retrospectively using clinical valid criteria. Under these provisions CMS/Corizon manager Deborah York is in total violation or simply because she is not ensuring a process, whereupon renders quality and consistency of delivered health services, because she does not periodic review patients charts, monitor and manage ongoing clinical services nor keep enough medical staff on staff in order to provide medical treatment to me. 8/13/2013

Inmate Signature _John H. Williams_    Date
_If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance
_____ (Yes or No) This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _8/14/13_

PRINT STAFF NAME (PROBLEM SOLVER) _Sgt Camille_    ID Number _80812_    Staff Signature _____    Date Received _8/14/13_

Describe action taken to resolve complaint, including dates: _The Unit dose have a quality improvement process in effect._

Staff Signature & Date Returned _____ 8/15/13

RECEIVED-DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION
SEP 24 2013
HEALTH & CORRECTIONAL PROGRAMS

Inmate Signature & Date Received _John H. Williams_ _8/15/13_

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _8/21/13_

---

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

Exhibit #8

CB2/318

IGTT420
3GH

Attachment IV

INMATE NAME:  Williams, John H.          ADC #:  093081B          GRIEVANCE #:  VSM13-03145

## HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(620) You submitted two more grievances related to the delayed completion of your dental clinic referral. You state Corizon is violating ACA and NCCHC standards by not having a full time dentist on staff.

Per Ms. Ludlam, Dental Assistant, you were scheduled to be seen the first week of September but your visit was not completed, due to security issues, your name is still on the Dental Sick Call List. August 14, 2013, you were ordered Tylenol 500mg three times daily as needed and Meloxicam 15mg once daily both for five months for pain control. Please submit a sick call request if any swelling or redness appears so that the nurse can re-assess the condition of your mouth.

Corizon is looking for a full time dentist for this site. At this time, dentists from other units are seeing our inmates as time permits. Due to the delays, your grievances are with merit.

_Gardner_ (signature)

Signature of Health Services
Administrator/Mental Health Supervisor or
Designee

Medical Grievance Officer
_____
Title

09/18/2013
Date

RECEIVED DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

SEP 24 2013

HEALTH & CORRECTIONAL PROGRAMS

## INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE? BECAUSE THE pain pills only Temporarely cover up The pain, but it does not "Cure" my dental problems. My stomach is starting To swell up severely For Taking the pain pills. Ms. Kelley, CAN You do something "Immediately" To Help me ???

Exhibit #8

IGTT430
3GD

Attachment VI

INMATE NAME: Williams, John H.        ADC #: 093081        GRIEVANCE#:VSM13-03145

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION**

On August 13, 2013, you grieved that Ms. York has failed to ensure the unit is fully staffed and you are still without dental treatment.

The medical department responded, "Per Ms. Ludlam, Dental Assistant, you were scheduled to be seen the first week of September but your visit was not completed, due to security issues, your name is still on the Dental Sick Call List. August 14, 2013, you were ordered Tylenol 500mg three times daily as needed and Meloxicam 15mg once daily both for five months for pain control. Please submit a sick call request if any swelling or redness appears so that the nurse can re-assess the condition of your mouth. Corizon is looking for a full time dentist for this site. At this time, dentists from other units are seeing our inmates as time permits. Due to the delays, your grievances are with merit. "

Your appeal states that the pain pills only temporarily cover up the pain; they do not cure your dental problems.

According to policy, "The Unit Level Grievance Form should only address one problem/issue and not multiple problems/issues. An inmate must use a separate form for each issue. Only one issue will be addressed." And "New issues cannot be added to the form and will not be considered."

This issue was addressed in grievance VSM13-3042; please refer to that response.

Director _Wendy Kelley_        Date _11/3/13_

_John H. Williams_
Inmate Signature

_93081_
ADC#

_9/20/2013_
Date

RECEIVED DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

SEP 2 4 2013

HEALTH & CORRECTIONAL PROGRAMS

IGTT405
3GT

## ACKNOWLEDGEMENT OF GRIEVANCE APPEAL
## or REJECTION OF APPEAL

TO:  Inmate  <u>Williams, John H.</u>        ADC #:  <u>093081B</u>
FROM:  <u>Kelley, Wendy L</u>          TITLE:  <u>Deputy Director</u>
RE: Receipt of Grievance  <u>VSM13-03234</u>    DATE:  <u>10/01/2013</u>

Please be advised, the appeal of your grievance dated
<u>08/23/2013</u>
was received in my office on this date  <u>10/01/2013</u>

**You will receive communication from this office regarding this Grievance by**   <u>11/13/2013</u>

- ☒ The time allowed for appeal has expired
- ☒ The matter is non-grievable and does not involve retaliation:
  - ☐ (a) Parole and/or Release matter
  - ☐ (b) Transfer
  - ☐ (c) Job Assignment unrelated to medical restriction
  - ☒ (d) Disciplinary matter
  - ☒ (e) Matter beyond the Department's control and/or matter of State/Federal law
  - ☐ (f) Involves an anticipated event
- ☒ You did not send all the proper Attachments:
  - ☐ (a) Unit Level Grievance Form (Attachment 1)
  - ☒ (b) Warden's/Center Supervisor's Decision (Attachment III); or Health Services Response Attached (Attachment IV for Health Issues Only)
  - ☐ (c) Did not give reason for disagreement in space provided for appeal
  - ☐ (d) Did not complete Attachment III or IV with your name, ADC#, and/or date
  - ☐ (e) Unsanitary form(s) or documents received
  - ☐ (f) This Appeal was REJECTED because it was a duplicate of  , or was frivolous or vexatious

Exhibit 9

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**

Unit/Center VARNER SUPER MAX

Name John Henry Williams

DC# 93081    Brks # 202    Job Assignment AL. SEG.

| | FOR OFFICE USE ONLY |
|---|---|
| | GRV # VSM-13-3284 |
| | Date Received 8/26/13 |
| | GRV. Code # 600 |

8/13/13 (Date) STEP ONE: Informal Resolution

8/23/13 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: MEDICAL I AM NOT
BEING PROVIDED MEDICAL TREATMENT FOR MY DENTAL PROBLEMS.

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of personal injury or other serious Emergency grievances are not for ordinary problems that are not of a serious nature.) If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why:

RECEIVED
AUG 26 2013

*Is this Grievance concerning Medical or Mental Health Services?* YES *If yes, circle one:* medical *or mental*

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, date, place, name of personnel involved and how you were affected (Please Print): On 8/13/2013 while ATTENDING THE "EYE CLINIC" AT CORIZON VARNER UNIT I briefly communicated with the MANAGER DEBORAH YORK CLEARLY DISPLAYING TO MS. YORK THE CONDITION OF my DENTAL PROBLEM. MS. YORK RESPONDED THAT MY TEETH ARE IN SERIOUS BAD CONDITION AND SHE BET THAT THEY (MY TEETH) MUST CAUSE ME GREAT PAIN AND DISCOMFORT, AND FOR ME TO PLACE IN ANOTHER SICK CALL SLIP. I INFORM MS. YORK THAT I HAD ALREADY BEEN THROUGH THE SICK CALL PROCEDURE ON 7/11/2013 AND I ALSO JUST TURN IN ANOTHER SICK CALL SLIP IN ORDER TO BE SEEN AGAIN, BUT TO NO AVAIL. CORIZON MEDICAL STAFF HAS NOT PROVIDED ME WITH ANY FORM OF MEDICAL TREATMENTS SUCH AS PILLS FOR PAIN NOR A DENTIST SINCE I FIRST BROUGHT MY MEDICAL PROBLEM CONCERNING MY TEETH ON 7/11/2013 TO CORIZON STAFF ATTENTION. TO SOLVE OR RESOLVE: CORIZON STAFF SHOULD QUIT FABRICATING ABOUT THERE NONE MEDICAL TREATMENT OF my DENTAL PROBLEMS AND SIMPLY TRANSFER ME TO ANOTHER A.D.C. UNIT OR OUTSIDE PARTY WHO CAN PROVIDE ME WITH DENTAL CARE IMMEDIATELY! John H. Williams    Date 8/20/2013

Inmate Signature

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____    Date _____

**PRINT STAFF NAME** (PROBLEM SOLVER)    ID Number    Staff Signature

Date Received AUG 26 2013

Describe action taken to resolve complaint, including **dates**: You are scheduled for a dentist, but we currently do not have one. You are on Tylenol and Meloxam for pain.

HEALTH & CORRECTIONAL PROGRAMS

Steir 8/23/13                          John H. Williams    8/23/13
Staff Signature & Date Returned        Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____    Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: WfK DBC    Date: 8/26/13

---

**DISTRIBUTION: YELLOW & PINK**-Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

IGTT420
3GH

Exhibit 9

Attachment IV

INMATE NAME: Williams, John H.        ADC #: 093081B        GRIEVANCE #: VSM13-03234

HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(620) Your concern: white) On 8/13/2013 while attending the 'eye clinic' at Corizon Varner unit, I briefly communicated with the manager Deborah York clearly displaying to Ms York the condition of my dental problem. Ms York responded that my tooths are in serious bad condition and she bet that they (my tooths) must cause me great pain and discomfort and for me to place in another sick call slip. I inform Ms York that I had already been through the sick call procedure on 7/1/2013 and I also just turn in another sick call slip in order to be seen again, but to no avail. Corizon medical staff has not provided me with any form of medical treatment such as pills for pain nor a dentist since I first brought my medical problem concerning my tooth on 7/1/2013 to Corizon staff attention. To solve or resolve: Corizon staff should quit fabricating about their one medical treatment of my dental problems and simply transfer me to another ADC unit or outside party who can provide me with dental care

Response: Your grievance dated 8/23/13 and was received 8/26/13 and a review of your medical record was completed to determine medically necessary care has been provided.

You were seen on 7/1/13 for complaint of toothache and you were scheduled with the dentist. You are correct that you have not seen a dentist at this time but you do remain on the dental list.

We are using a dentist from another site two times a month and hopefully you will be seen soon. I apologize for the delay.

I find this grievance with merit.

_____
Signature of Health Services
Administrator/Mental Health Supervisor or
Designee

Deborah Louise York
_____
Title

09/25/2013
_____
Date

RECEIVED DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION
HEALTH & CORRECTIONAL PROGRAMS

**INMATE'S APPEAL**

OCT 1 2013

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE? BECAUSE CORIZON MANAGER Deborah York lied concerning not having a DENTIST And I have not been transfer to another A.D.C. Unit.

Exhibit #9

IGTT430
3GD

Attachment VI

INMATE NAME: Williams, John H.      ADC #: 093081      GRIEVANCE#:VSM13-03234

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION**

On August 20, 2013, you grieved that you spoke with Ms. York concerning your dental needs, and she informed you to place a sick call request. You also state that you have not been given treatment for your dental needs. You also requested to be transferred.

The medical department responded, "You were seen on 7/1/13 for complaint of toothache and you were scheduled with the dentist. You are correct that you have not seen a dentist at this time but you do remain on the dental list. We are using a dentist from another site two times a month and hopefully you will be seen soon. I apologize for the delay. I find this grievance with merit."

Your appeal states that Ms. York lied concerning not having a Dentist, and you have yet to be transferred to another ADC unit.

According to policy, "The Unit Level Grievance Form should only address one problem/issue and not multiple problems/issues. An inmate must use a separate form for each issue. Only one issue will be addressed." And "New issues cannot be added to the form and will not be considered.

This issue was addressed in grievance VSM13-3042; please refer to that response.

_Wendy Kelley_                    _11/3/13_
Director                           Date

IGTT430                    Page 1 of 1

John H. Williams                    73081              9/21/2013
_____    _____    _____
Inmate Signature                    ADC#                  Date

RECEIVED DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

OCT 1  2013

HEALTH & CORRECTIONAL PROGRAMS

IGTT405
3GT

# ACKNOWLEDGEMENT OF GRIEVANCE APPEAL
## or REJECTION OF APPEAL

TO:  Inmate  Williams, John H.          ADC #:  093081B
FROM:  Kelley, Wendy L               TITLE:  Deputy Director
RE: Receipt of Grievance  VSM13-03233   DATE:  10/01/2013

Please be advised, the appeal of your grievance dated
08/23/2013
was received in my office on this date  10/01/2013

**You will receive communication from this office regarding this Grievance by**   11/13/2013

- [x] The time allowed for appeal has expired
- [x] The matter is non-grievable and does not involve retaliation:
    - [x] (a) Parole and/or Release matter
    - [x] (b) Transfer
    - [x] (c) Job Assignment unrelated to medical restriction
    - [x] (d) Disciplinary matter
    - [x] (e) Matter beyond the Department's control and/or matter of State/Federal law
    - [x] (f) Involves an anticipated event
- [x] You did not send all the proper Attachments:
    - [x] (a) Unit Level Grievance Form (Attachment 1)
    - [x] (b) Warden's/Center Supervisor's Decision (Attachment III); or Health Services Response Attached (Attachment IV for Health Issues Only)
    - [x] (c) Did not give reason for disagreement in space provided for appeal
    - [x] (d) Did not complete Attachment III or IV with your name, ADC#, and/or date
    - [x] (e) Unsanitary form(s) or documents received
    - [x] (f) This Appeal was REJECTED because it was a duplicate of  , or was frivolous or vexatious

Exhibit #15

## UNIT LEVEL GRIEVANCE FORM (Attachment I)

Unit/Center Varner Super Max

Name John Henry Williams

)C# 93081   Brks # 202   Job Assignment Ad Seg

| FOR OFFICE USE ONLY |
|---|
| GRV. # VSM-13-3233 |
| Date Received 8/26/13 |
| GRV. Code #: 600 |

8/20/13 (Date) STEP ONE: Informal Resolution

8/23/13 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why Because I am hurting
VERY SINCERELY, I NEED TO SEE A DENTIST.

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why:

*Is this Grievance concerning Medical or Mental Health Services?* YES *If yes, circle one:* medical *or mental*
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, date, place, name of personnel involved and how **you** were affected. (Please Print) Corizon Varner is deliberately trying to cover up the fact that there has not been a dentist on staff for over a month now. Therefore Corizon is being purposely and deliberately denying me medical treatment by knowingly knowing that they don't have a dentist employed in order to treat my ongoing dental problems. Because of me being a ward of the great state of Arkansas. Corizon is under contract therein. Corizon is obligated and mandated by said contract to provide me with proper medical treatment as my medical problems come into existance. Corizon's manager Deborah York is therefore of suppose to train Corizon medical staff here at Varner to facilitate the serious issues concerning said staff being under staff to save or resolve. Discipline Corizon manager Deborah York and all Corizon medical staff here at Varner who are participating in this kind of wrong doing by terminating them immediately.

John H. Williams                    8/20/2013
Inmate Signature                         Date
*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

### THIS SECTION TO BE FILLED OUT BY STAFF ONLY
This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance _____
(Yes or No) This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving the form: _____ Selway _____ Date: 8/23/13

_____   _____   Selway   8/23/13
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received
Describe action taken to resolve complaint, including dates: You are scheduled to see dental but we currently do not have a dentist.

O Selph 8/23/13                 John W. Williams 8/23/13
Staff Signature & Date Returned        Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
taff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: Parker Date: 8/26/13

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

Exhibit 10

IGTT420
3GH

CB2/318

Attachment IV

INMATE NAME: Williams, John H.  ADC #: 093081B  GRIEVANCE #: VSM13-03233

HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(620) Your concern: white) Corizon Varner is "deliberately" trying to cover up the "fact" that, there has not been a dentist on staff for over a month now therefore, Corizon is being purpose and deliberately denying me medical treatment by knowingly that they don't have a dentist employed in order to treat my ongoing dental problems. Because of my being a ward of the great state of Arkansas, Corizon is under contract therein, Corizon is obligated and mandated by said contract to provide me with promat medical treatment as my medical problems come into existence. Corizon manager Deborah York is therefore not suppose to train Corizon medical staff here at Varner to fabricate the serious issue concerning said staff being under staff. To solve or resolve: Discipline Corizon manager Deborah York and all Corizon medical staff here at Varner who are participating in this kind of wrong doings by terminating them immediately.

Response: Your grievance dated 8/23/13 was received on 8/26/13 and a review of your medical record was completed to determine if medically necessary care has been provided.

You were seen on 7/1/13 for complaint of toothache and placed on the dental list at this time. You are correct that you have not seen a dentist at this time but you do remain on the list.

We are using a dentist from another site 2 times a month and hopefully you will be seen soon.

I find this grievance with merit.

_____
Signature of Health Services
Administrator/Mental Health Supervisor or
Designee

Deborah Louise York
_____
Title

09/25/2013
_____
Date

RECEIVED HEALTH DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

OCT 1 2013

**INMATE'S APPEAL**

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE? BECAUSE Grievance Medical clerk C. Selvey And Corizon Manager Deborah York deliberately ~~xxxx~~ tied to cover the "FACT" that Corizon is "Under STAFFED."

John H. Williams    93081    9/27/2013

Exhibit #10

IGTT430
3GD

Attachment VI

INMATE NAME: Williams, John H.          ADC #: 093081          GRIEVANCE#:VSM13-03233

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION**

On August 20, 2013 you grieved that the medical department was deliberately trying to cover up the fact the that your unit has not had a dentist in over a month. You state you have not been treated for your dental problems. Corizon is obligated to treat your medical conditions as they occur. You request staff to be terminated.

The medical department responded, "You were seen on 7/1/13 for complaint of toothache and placed on the dental list at this time. You are correct that you have not seen a dentist at this time but you do remain on the list. We are using a dentist from another site 2 times a month and hopefully you will be seen soon. I find this grievance with merit."

Your appeal states that Grievance medical clerk C. Selvey and Corizon Manager Deborah York deliberately tried to cover the fact that Corizon is under staffed.

The dentist saw you on September 26; please refer to the response for grievance # VSM13-3042.

There is no evidence to support our allegations of a cover up. In fact the medical department's response acknowledges the vacant dental position and found your grievance with merit; therefore; I find this appeal without merit.

Director _Wendy Kelley_          Date _11/3/13_

IGTT405
3GT

Attachment V

## ACKNOWLEDGEMENT OF GRIEVANCE APPEAL
## or REJECTION OF APPEAL

TO:  Inmate  <u>Williams, John H.</u>        ADC #:  <u>093081B</u>
FROM:  <u>Kelley, Wendy L</u>                 TITLE:  <u>Deputy Director</u>
RE: Receipt of Grievance  <u>VSM13-03421</u>   DATE:  <u>10/23/2013</u>

Please be advised, the appeal of your grievance dated
<u>09/04/2013</u>
was received in my office on this date  <u>10/23/2013</u>

**You will receive communication from this office regarding this Grievance by**   <u>12/09/2013</u>

☒ The time allowed for appeal has expired
☒ The matter is non-grievable and does not involve retaliation:
    ☐ (a) Parole and/or Release matter
    ☒ (b) Transfer
    ☒ (c) Job Assignment unrelated to medical restriction
    ☒ (d) Disciplinary matter
    ☒ (e) Matter beyond the Department's control and/or matter of State/Federal law
    ☐ (f) Involves an anticipated event
☒ You did not send all the proper Attachments:
    ☒ (a) Unit Level Grievance Form (Attachment 1)
    ☒ (b) Warden's/Center Supervisor's Decision (Attachment III); or Health Services Response
        Attached (Attachment IV for Health Issues Only)
    ☒ (c) Did not give reason for disagreement in space provided for appeal
    ☒ (d) Did not complete Attachment III or IV with your name, ADC#, and/or date
    ☒ (e) Unsanitary form(s) or documents received
    ☐ (f) This Appeal was REJECTED because it was a duplicate of  , or was frivolous or vexatious

Exhibit #58

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**

Unit/Center VARNER SUPER MAX

Name John Henry Williams

DC# 93081    Brks # 218    Job Assignment ALSO

RECEIVED 13 AUG 30 PM 4:31

<table>
<tr><td colspan="2">FOR OFFICE USE ONLY</td></tr>
<tr><td>GRV #</td><td>VSM-13-3421</td></tr>
<tr><td>Date Received:</td><td>9/6/13</td></tr>
<tr><td>GRV. Code #:</td><td>606</td></tr>
</table>

8/18/13 (Date) STEP ONE: Informal Resolution

9/4/13 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why BECAUSE CORIZON GRIEVANCE CLERK II B. SELVA IS NOT ADDRESSING THE ISSUE,

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _____

*Is this Grievance concerning Medical or Mental Health Services?* **YES** If yes, circle one: medical or **mental**

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): On 8/21/2013 I forwarded to VARNER SENIOR WARDEN RANDAL WATSON A notarized Sworn Affidavit clearly making him aware that Corizon Medical Services don't have a DENTIST on staff here at Varner, and I have EXTREME DENTAL Problems that I have reported and been through the sick call procedure for; but I have not been seen nor treated for my DENTAL problems since 4/1/2013. ALSO, I have requested to be transferred to another ADC UNIT that have A DENTIST on staff to treat my medical needs, but to no avail. Under the Corizon contract, Article IV, Obligations and duties of ADC/DCP, (C): ADC/DCP shall provide non-emergency transportation of ADC/DCP offenders to care providers both within and outside ADC/DCP facility confines. Therefore under this provision Warden Randal Watson is in total violation because all he has to do is Transfer me to another ADC/DCP UNIT that has A DENTIST in order to provide me with medical TREATMENT Immediately for my EXTREME DENTAL NEEDS.

RECEIVED OCT 01 2013 ARKANSAS DEPARTMENT OF CORRECTION

John H. Williams                                8/30/2013
Inmate Signature                               Date          OCT 22 2013

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

RECEIVED SEP 04 2013 VARNER UNIT GRIEVANCE

HEALTH & CORRECTIONAL PROGRAMS

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? (Yes or No). If yes, name of the person in that department receiving form: C. Selover    Date 9-3-13

Sgt. M. Bundy                                              08/30/13
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature          Date Received

Describe action taken to resolve complaint, including dates: You were seen in sick call for dental on 8/23/13. You were given Ibuprofen for your dental pain.

C. Selover 9/4/13                          John H. Williams 9/4/13
Staff Signature & Date Returned            Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: 9/6/13

----------------------------------------------------------------------

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

Exhibit 122

IGTT420
3GH

CB2/218

Attachment IV

INMATE NAME: <u>Williams, John H.</u>        ADC #: <u>093081B</u>        GRIEVANCE #: <u>VSM13-03421</u>

## HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

<u>(620) Your concern: white/pink) On 8/21/13 I forwarded to Varner Senior Warden Randal Watson a notarized sworn affidavit clearly making him aware that Corizon medical service don't have a dentist on staff here at Varner and I have extreme dental problems that I have reported and been through the sick call procedure for; but I have not been seen not treated for my dental problems since 7/1/2013. Also I have requested to be transferred to another ADC Unit who have a dentist on staff to treat my medical needs, but to no avail, Under ADC/DCP/ Corizon contract, article IV, Obligations of ADC/DCP offenders to care providers both within and outside AD/DCP facility confines. therefore under this pevision Warden Randal Watson is in total violation because all he has to do is transfer me to another ADC/DCP unit that had a dentist in order to provide me with medical treatment immediately for my extreme dental problems.</u>

<u>Response: Your grievance dated 9/4/13 was received on 9/6/13 an a review of your medical record was completed to determine if medically necessary care has been provided as deemed necessary by a dentist.</u>

<u>You were seen on 7/1/13 by Nurse Gray for teeth pain and referred to the dentist You remained on the list until you were seen on 9/26/13 by Dr. Russell and he pulled your teeth. This is a delay of more than two months and I apologize for that.</u>

<u>I find your grievance with merit but resolved.</u>

_____
Signature of Health Services
Administrator/Mental Health Supervisor or
Designee

<u>Deborah Louise York</u>        <u>10/04/2013</u>
Title                                      Date

RECEIVED DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

HEALTH & CORRECTIONAL PROGRAMS

OCT 22 2013

## INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE? BECAUSE WARDEN WATSON Allow ME TO CONSTANTLY SUFFER GREAT PAIN And Discomfort UNNECESSARILY, When HE Could Simply HAD ME TRANSFER To Another A.D.C UNIT With A DENTIST THAT Could HAVE STOP THE PAIN THAT I HAD To Endure For OVER TWO MONTHS

John H. Williams        93081        10/6/2013
Inmate Signature        ADC#        Date

Exhibit #12

IGTT430
3GD

Attachment VI

INMATE NAME: Williams, John H.        ADC #: 093081        GRIEVANCE#:VSM13-03421

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION**

On August 30, 2013, you grieved that the Varner unit does not have a dentist; you have not been treated for your dental needs. Warden Watson is in violation because he will not transfer you to a unit with a dentist.

The medical department responded, "You were seen on 7/1/13 by Nurse Gray for teeth pain and referred to the dentist. You remained on the list until you were seen on 9/26/13 by Dr. Russell and he pulled your teeth. This is a delay of more than two months and I apologize for that. I find your grievance with merit but resolved."

Your appeal states Warden Watson allows you to be in constant pain and suffering unnecessarily when he could transfer you to another unit that has a dentist.

According to policy, "The Unit Level Grievance Form should only address one problem/issue and not multiple problems/issues. An inmate must use a separate form for each issue. Only one issue will be addressed."

This issue was addressed in grievance VSM13-3042; please refer to that response.

Wendy Kelley                        11/3/13
Director                             Date

Exhibit #41

A F F I D A V I T

STATE OF ARKANSAS        )
COUNTY OF Lincoln         )
                         )

John Henry Williams #93081 _____, after first being duly sworn,
do hereby swear, depose and state that: I HAVE FORWARDED A copy of this AFFIDAVIT
TO VARNER SENIOR WARDEN RANDAl WATSON clEARly making
HIM AWARE THAT THERE HAS NOT bEEN ON CORIZON STAFF
A DENTIST FOR OVER A MONTH. I HAVE EXTREME DENTAl
ISSUES in which I HAVE REPORTED And bEEN THROUGH
THE SICK CAll pROCEDURE. I HAVE NOT bEEN pROVidED
ANY DENTAl CARE FOR MY pRoblEMS ANd I AM in A gREAT
dEAl OF pAin ANd discomFORT. Could you CORRECT
THIS pROblEM IMMEdiATEly by hAVING ME pROVidED
DENTAl SERVICES AT ANOTHER A.D.C. UNIT.

I further swear that the description of the incident contained herein, is a true, accurate and
impartial description to the best of my knowledge, information and belief.

NAME John H. Williams

DATE: 8/21/2013

John H. Williams #93081
SIGNATURE

DOROTHY HARRIS SMITH
NOTARY PUBLIC-STATE OF ARKANSAS
JEFFERSON COUNTY
My Commission Expires 03-09-2021
Commission # 12383686

Subscribed and sworn to before me this 21 day of August, 20 13

Notary Public

Exhibit #39

Case 5:14-cv-00281-JJV   Document 2   Filed 07/17/14   Page 57 of 72

800-4

STATE OF ARKANSAS                    )
                                     ) §
COUNTY OF Lincoln                    )

**AFFIDAVIT**

I, John Henry Williams after first being duly sworn, do hereby swear, depose and state that: I am forwarding a Copy of this Affidavit to Varner Deputy Assist. Warden Moses Jackson Clearly making Him aware that there has not been a Dentist on staff here at Varner, Corizon for over a month. I have Extreme Dental issues in which needs Immediate care. I have been through the Sick Call procedure but I have not been seen nor Treated by a Dentist for over a month. And my Dental problems are spreading throughout my entire mouth. Please Correct this matter.

I further swear that the statements, matters and things contained herein are true and accurate to the best of my knowledge, information and belief.

8/21/2013
DATE

John H. Williams #93081
AFFIANT

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
SOCIAL SECURITY #

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this 2 day of
August , 20 13.

NOTARY PUBLIC

My Commission Expires: 3-9-21

DOROTHY HARRIS SMITH
NOTARY PUBLIC-STATE OF ARKANSAS
JEFFERSON COUNTY
My Commission Expires 03-09-2021
Commission # 12383686

IGTT405
3GT

# ACKNOWLEDGEMENT OF GRIEVANCE APPEAL
## or REJECTION OF APPEAL

TO:  Inmate  <u>Williams, John H.</u>          ADC #: <u>093081B</u>
FROM: <u>Kelley, Wendy L</u>              TITLE: <u>Deputy Director</u>
RE: Receipt of Grievance <u>VSM13-03422</u>   DATE: <u>10/23/2013</u>

Please be advised, the appeal of your grievance dated
<u>09/04/2013</u>
was received in my office on this date  <u>10/23/2013</u>

**You will receive communication from this office regarding this Grievance by**   <u>12/09/2013</u>

☐ The time allowed for appeal has expired
☐ The matter is non-grievable and does not involve retaliation:
  ☐ (a) Parole and/or Release matter
  ☐ (b) Transfer
  ☐ (c) Job Assignment unrelated to medical restriction
  ☐ (d) Disciplinary matter
  ☐ (e) Matter beyond the Department's control and/or matter of State/Federal law
  ☐ (f) Involves an anticipated event
☐ You did not send all the proper Attachments:
  ☐ (a) Unit Level Grievance Form (Attachment 1)
  ☐ (b) Warden's/Center Supervisor's Decision (Attachment III); or Health Services Response Attached (Attachment IV for Health Issues Only)
  ☐ (c) Did not give reason for disagreement in space provided for appeal
  ☐ (d) Did not complete Attachment III or IV with your name, ADC#, and/or date
  ☐ (e) Unsanitary form(s) or documents received
  ☐ (f) This Appeal was REJECTED because it was a duplicate of  , or was frivolous or vexatious

Exhibit 11

**UNIT LEVEL GRIEVANCE FORM (Attachment 1)**

Unit/Center _VARNER SUPER MAX_

Name _John Henry Williams_

DC# _92081_     Brks # _218_     Job Assignment _Adj. Seg._

RECEIVED

FOR OFFICE USE ONLY

GRV # _VSM-13-3422_

Date Received _9/6/13_

GRV. Code # _600_

_8/30/13_ (Date) STEP ONE: Informal Resolution

_9/4/13_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _BECAUSE CORIZON GRIEVANCE CLERK Ms. SELVAN IS NOT ADDRESSING THE MEDICAL ISSUE._

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm.) Emergency grievances are not for ordinary problems that are not of a serious nature. If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _____

_Is this Grievance concerning Medical or Mental Health Services?_ YES _If yes, circle one: medical or_ (mental)

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel, involved and how **you** were affected (Please Print) _On 8/21/2013, I forwarded to Deputy Assist. Warden Moses Jackson (grievance) given Affidavit clearly making him aware that Corizon Medical Services does not have a dentist on staff here at Varner, and I have extreme dental problems that I have reported and been through the sick call procedure too, but I have not been seen nor treated for my dental problems since 7/1/2013. Also, I have requested to be transferred to another A.D.C./DCP unit who have a dentist on staff to treat my medical needs, but to no avail. Under A.D.C./Corizon contract Article IV, obligations and duties of ADC/DCP, C., A.D.C./DCP shall provide non-emergency transportation of ADC/DCP offenders to health care providers, both within and outside ADC/DCP facility confines. Therefore, under this provision Deputy Assist Warden Moses Jackson in total violation because all he has to do is transfer me to another A.D.C./DCP unit that has a dentist in order to provide me with medical treatment immediately for my extreme dental problems._

_John H. Williams_                              _8/30/2013_

Inmate Signature                                  Date

RECEIVED DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION
OCT 22 2013

_If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____ (date), and determined to be Step One and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? (Yes or No) Acknowledgement name of the person in that department receiving this form: _Evelyn_     Date _9/3/13_

_Sgt. Ym. Lard_                      _Infl 74 Lurdz_                      _08-30-13_
**PRINT** STAFF NAME (PROBLEM SOLVER)     ID Number     Staff Signature     Date Received

Describe action taken to resolve complaint, including dates: _You were seen in sickcall on 8/23/13 for dental and given Ibuprofen._

_Evelyn 9/4/13_                              _John H. Williams   9/4/13_
Staff Signature & Date Returned              Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _DJ/CDR_ Date: _9/6/13_

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

cb3/g6

INMATE NAME:  Williams, John H.                ADC #:  093081B        GRIEVANCE #:  VSM13-03422

### HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(620) Your concern: white) On 8/21/13, I forwarded to deputy Assist Warden Moses Jackson a notarized sworn affidavit clearly making him aware that Corizon medical services don't have a dentist on staff here at Varner, and I have extreme dental problem that I have reported and been through the sick call procedure for; but I have requested to be transferred to another ADC/DCP unit who have dentist on staff top treat my medical needs, but to no avail. Under ADC/DCP/ Corizon contract, article IV Obligations and duties of ADC/DCP, (C):ADC/DCP shall provide non emergency transportation of ADC/DCP offenders to health care providers, both within and outside ADC/DCP facility confines. Therefore, under this provision Deputy Assist Warden Moses Jackson is in total violation because all he has to do is transfer me to another ADC/DCP unit that has a dentist in order to provide me with medical treatment immediately for my extreme dental problems.

Response: Your grievance dated 9/4/13 was received on 9/6/13 and a review of your medical record was completed to determine if medically necessary care has been provided to you by the dental provider.

You were seen in sick call on 7/1/13 by Nurse Gray who referred you to the dentist. You remained on the list until you saw Dr. Russell on 9/26/13 who pulled your teeth. This is more than a two month delay which I apologize for.

I find your grievance with merit but resolved.

| | | |
|---|---|---|
| _(signature)_ | | |
| Signature of Health Services Administrator/Mental Health Supervisor or Designee | Deborah Louise York | 10/04/2013 |
| | Title | Date |

RECEIVED
ARKANSAS DEPARTMENT
OF CORRECTION
HEALTH & CORRECTIONAL PROGRAMS
DEPUTY DIRECTOR

OCT 2 2 2013

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the completed Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE? BECAUSE ASSIST. WARDEN Jackson Allow ME To Constantly Suffer Great Pain And Discomfort Unecessarily, When He Could Simply Had ME Transfer To Another A.D.C. Unit With A Dentist That Could Have Stop The Pain That I Had To Endure For Over Two months.

| | | |
|---|---|---|
| John H. Williams | 93081 | 10/6/2013 |
| Inmate Signature | ADC# | Date |

Exhibit 11

Case 5:14-cv-00281-JJV   Document 2   Filed 07/17/14   Page 61 of 72   Page 1 of 1

IGTT430
3GD

Attachment VI

INMATE NAME: Williams, John H.        ADC #: 093081        GRIEVANCE#:VSM13-03422

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION**

On August 30, 2013, you grieved that the Varner unit does not have a dentist; and that you have not been treated for your dental needs. Assistant Warden Jackson is in violation because he will not transfer you to a unit with a dentist.

The medical department responded, "You were seen in sick call on 7/1/13 by Nurse Gray who referred you to the dentist. You remained on the list until you saw Dr. Russell on 9/26/13 who pulled your teeth. This is more than a two month delay which I apologize for. I find your grievance with merit but resolved."

Your appeal states that Assistant Warden Jackson allows you to be in constant pain and suffering by not transferring you to another unit that has a dentist. You have endured two months of suffering.

According to policy, "The Unit Level Grievance Form should only address one problem/issue and not multiple problems/issues. An inmate must use a separate form for each issue. Only one issue will be addressed."

This issue was addressed in grievance VSM13-3042; please refer to that response.

_____        _____
Director                                Date    11/3/13

https://eomiscluster.state.ar.us:7002/eomis/interface_2_0_clearPage.jsp?skipBodyClass=Y        11/3/2013

IGTT405
3GT

## ACKNOWLEDGEMENT OF GRIEVANCE APPEAL
## or REJECTION OF APPEAL

*CB 2/218*

TO:  Inmate  <u>Williams, John H.</u>      ADC #: <u>093081B</u>
FROM: <u>Kelley, Wendy L</u>      TITLE: <u>Deputy Director</u>
RE: Receipt of Grievance <u>VSM13-03637</u>   DATE: <u>10/23/2013</u>

Please be advised, the appeal of your grievance dated
<u>09/13/2013</u>
was received in my office on this date  <u>10/23/2013</u>

**You will receive communication from this office regarding this Grievance by**   <u>12/09/2013</u>

☒ The time allowed for appeal has expired
☒ The matter is non-grievable and does not involve retaliation:
   ☒ (a) Parole and/or Release matter
   ☒ (b) Transfer
   ☒ (c) Job Assignment unrelated to medical restriction
   ☒ (d) Disciplinary matter
   ☒ (e) Matter beyond the Department's control and/or matter of State/Federal law
   ☒ (f) Involves an anticipated event
☒ You did not send all the proper Attachments:
   ☒ (a) Unit Level Grievance Form (Attachment 1)
   ☒ (b) Warden's/Center Supervisor's Decision (Attachment III); or Health Services Response Attached (Attachment IV for Health Issues Only)
   ☒ (c) Did not give reason for disagreement in space provided for appeal
   ☒ (d) Did not complete Attachment III or IV with your name, ADC#, and/or date
   ☒ (e) Unsanitary form(s) or documents received
   ☒ (f) This Appeal was REJECTED because it was a duplicate of  , or was frivolous or vexatious

Exhibit #3                                                      218

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center Varner Super Max

Name John Henry Williams

DC# 93081    Brks # 218    Job Assignment Ad. Seg.

FOR OFFICE USE ONLY

GRV VSM-13-3637

Date Received 9/18/13

GRV. Code # 1200

9/11/13 (Date) STEP ONE: Informal Resolution

9/13/13 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why Because of Varner Administrative And Corizon Will Not Transfer ME Because of Cost Containment

9/11/13 (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergecy receipt. If an Emergency, state why Because Corizon Along with Varner Administrative is purposely Allowing ME to suffer great pain and discomfort

*Is this Grievance concerning Medical or Mental Health Services?* YES If yes, circle one: (medical) or mental

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): On 9/30/2013 my dental problems had become so extreme that I had to take seven (7) Ibuprofen pain pills two hundred mg. a piece in order to dull or numb the pain, which allowed me to personally abstract/pull one of my front tooths. On 9/5/2013 while asleep, I awakened abruptly in great pain and discomfort. I went to the mirror in my cell and look into it, and my upper lip and the jal Area was swollen. I applied a lot of tissue into the Area in my mouth where I had just abstracted one of my tooths and took seven (7) more Ibuprofen pain pills. Than I abstracted a second tooth from the front of my mouth. I placed in a Emergency Sick call in to Varner Corizon for dental treatment. On 9/9/2013 Nurse Grey came to my cell took my blood Pressure, temperture and requested of me to show her the two tooths that I personally abstracted from my mouth and for me to open my mouth why she could witness my claims, which I showed Nurse Grey my two tooths and allow her to look into my mouth. Nurse Grey inform ME that Corizon still don't have a dentist and that that is a crying shame.

Inmate Signature John H. Williams        Date 9/11/13

RECEIVED DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No) This form was forwarded to medical or mental health? Yes If yes, name of the person in that department receiving this form: SGT N Dewyear Date 9/11/13

PRINT STAFF NAME (PROBLEM SOLVER) N Cormick k   ID Number 80612   Staff Signature _____ Date Received 9/11/13

Describe action taken to resolve complaint, including **dates**: You are scheduled to see dental. And you were not instructed to pull your own teeth.

Staff Signature & Date Returned C Salyyr 9/13/13        Inmate Signature & Date Received John Williams 9/13/2013

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No). all who received Step Two Grievance: SGT N Cormick k  Date: 9/16/13

Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: 9/18/13

RECEIVED SEP 6 2013

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to inmate upon completion of Step One and Step Two.
VARNER UNIT GRIEVANCE

Exhibit #13

Case 3:14-cv-00281-JJV   Document 2   Filed 07/17/14   Page 64 of 72

IGTT420
3GH

CB7/218                                    Attachment IV

INMATE NAME:  Williams, John H.          ADC #:  093081B        GRIEVANCE #:  VSM13-03637

## HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(620) You submitted a grievance on September 11, 2013, grieving that you pulled two of your own teeth because your discomfort was extreme and Corizon still did not have a dentist to extract your teeth.

I regret the delay completing your dental extractions; however, you were seen by Dr. Russell September 26 and he pulled nine of your teeth. Due to the delay, your grievance had merit but it has been resolved.

_____
Signature of Health Services
Administrator/Mental Health Supervisor or
Designee

| | |
|---|---|
| Medical Grv Officer | 10/16/2013 |
| Title | Date |

## INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE?  How can this grievance complaint have merit but yet it has been resolved when no dentist was on staff, and no dentist is on staff here at Varner to administer medical treatment. What about all of the great pain and discomfort that I had to endure and still endure because no dentist is on staff here Varner.          93081          10/18/2013

_____
John Williams
Inmate Signature                          ADC#                        Date

RECEIVED DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

OCT 2 2 2013

HEALTH & CORRECTIONAL PROGRAMS

IGTT420                          Page 1 of 1

Exhibit #13

IGTT430
3GD

Attachment VI

INMATE NAME: Williams, John H.        ADC #: 093081        GRIEVANCE#:VSM13-03637

## CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

On September 11, 2013, you grieved that you pulled two of your own teeth because your discomfort was extreme and Corizon still did not have a dentist to extract your teeth.

The medical department responded, "I regret the delay completing your dental extractions; however, you were seen by Dr. Russell September 26 and he pulled nine of your teeth. Due to the delay, your grievance had merit but it has been resolved."

Your appeal about all the discomfort and pain you had to endure and still endure because there is no dentist on staff at the Varner Unit to administer medical treatment.

According to policy, "The Unit Level Grievance Form should only address one problem/issue and not multiple problems/issues. An inmate must use a separate form for each issue. Only one issue will be addressed."

This issue was addressed in grievance VSM13-3042; please refer to that response.

_Wendy Kelley_                    _11/3/13_
Director                          Date

IGTT405                                                                                                    Attachment V
3GT

# ACKNOWLEDGEMENT OF GRIEVANCE APPEAL
## or REJECTION OF APPEAL

TO:  Inmate  <u>Williams, John H.</u>        ADC #:  <u>093081B</u>
FROM:  <u>Kelley, Wendy L</u>              TITLE:  <u>Deputy Director</u>
RE: Receipt of Grievance  <u>VSM13-03633</u>   DATE:  <u>10/23/2013</u>

Please be advised, the appeal of your grievance dated
<u>09/13/2013</u>
was received in my office on this date  <u>10/23/2013</u>

**You will receive communication from this office regarding this Grievance by**   <u>12/09/2013</u>

☒ The time allowed for appeal has expired
☒ The matter is non-grievable and does not involve retaliation:
    ☐ (a) Parole and/or Release matter
    ☒ (b) Transfer
    ☒ (c) Job Assignment unrelated to medical restriction
    ☒ (d) Disciplinary matter
    ☒ (e) Matter beyond the Department's control and/or matter of State/Federal law
    ☒ (f) Involves an anticipated event
☒ You did not send all the proper Attachments:
    ☒ (a) Unit Level Grievance Form (Attachment 1)
    ☐ (b) Warden's/Center Supervisor's Decision (Attachment III); or Health Services Response
        Attached (Attachment IV for Health Issues Only)
    ☒ (c) Did not give reason for disagreement in space provided for appeal
    ☒ (d) Did not complete Attachment III or IV with your name, ADC#, and/or date
    ☒ (e) Unsanitary form(s) or documents received
    ☒ (f) This Appeal was REJECTED because it was a duplicate of  , or was frivolous or vexatious

Exhibit F

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center _Warner Super Max_

Name _John Henry Williams_

IC# _93081_   Brks # _218_   Job Assignment _Ad. Seg._

| FOR OFFICE USE ONLY |
| --- |
| GRV # _VSM-13-3633_ |
| Date Received _9/18/13_ |
| GRV Code # _600_ |

_9/11/13_ (Date) STEP ONE: Informal Resolution

_9/13/13_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why _Because all Corizon Dentist Provide for Dental Patients is Abstract all of tooths and give upper/lower Dentures_

_9/11/13_ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _Because Corizon is purposely not providing these Medical Services because of Cost Containment._

_Is this Grievance concerning Medical or Mental Health Services?_ _YES_ _If yes, circle one:_ medical _or mental_

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _Under ADC/DOC/Corizon contract Article II, Scope of Service (2,3); Corizon shall deliver health services to offenders of ADC/DOC which shall be of "Equal Quality" as that "Afforded" the general populace of the State of Arkansas. Services shall reflect current established "professional standards" for the practice of medicine, "Dentistry" and mental health activities. Under these provisions Corizon is in direct violation because all Corizon Dentist do is abstract offenders tooths until all of offenders tooths are gone. Corizon Dentist does not apply fillings, crowns nor partial cosmetic dental care in order to save these tooths, therefore, robbing offenders of their physical appearances + allowing offenders to walk around for two years without any tooths in their mouths. Therefore, offenders can not obtain certain clerical jobs in administrative and religious areas whereupon, appearances counts. To sue or resolve. Have Corizon Dentist to provide cosmetic services as equal quality of the general populace of the Great State of Arkansas does._

_John H. Williams_                    _9/11/2013_
Inmate Signature                         Date

_If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee._

---

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

_S. McCormickle_ _8082_ _S McC_ _9/11/13_
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received

Describe action taken to resolve complaint, including **dates**: _When you are assessed by dentist he makes the judgment of what dental work is needed._

_S. McC 9/13/13_                    _John Williams 9/13/13_
Staff Signature & Date Returned      Inmate Signature & Date Received

This form was received _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No). Staff Who Received Step Two Grievance: _S. McCormickle_ Date: _____

Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _9/16/13_

If forwarded, provide name of person receiving this form: _____ Date: _9-18-13_

---

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate after Completion of Step One and Step Two.

RECEIVED WARNER UNIT DIRECTOR ARKANSAS DEPARTMENT OF CORRECTION OCT 22 2013 HEALTH & CORRECTIONAL PROGRAMS

WARNER UNIT GRIEVANCES SEP 16 2013

Exhibit#14

Cb2/218 ✓

IGTT420
3GH

Attachment IV

INMATE NAME: Williams, John H.       ADC #: 093081B       GRIEVANCE #: VSM13-03633

## HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(620) You submitted a grievance on September 11, 2013, grieving that Corizon's dental staff does not provide "fillings, crowns nor partial cosmetic dental care in order to save offenders tooth" in an effort to save money for the company.

The Dental Services policy states "ADC Dental Services will provide treatment of dental pain, sedative fillings, extractions of non-restorable teeth, and gross debridement of symptomatic areas. Documentation in the dental record must include a description of the indication for extraction of teeth. In general, extraction is indicated when a tooth cannot be saved, when a destructive process cannot be halted without removing a tooth, or when a tooth or teeth interfere with a planned prosthesis". Cosmetic services and crowns manufactured from non-stainless steel metals are not provided.

The dentist is authorized to determine if/when a tooth extraction is indicated; the decision is not based on saving money. Your grievance is without merit.

_C Gardner_
_____
Signature of Health Services
Administrator/Mental Health Supervisor or
Designee

Charlotte D Gardner
_____
Title

10/16/2013
_____
Date

RECEIVED
ARKANSAS DEPARTMENT
OF CORRECTION

OCT 22 2013

HEALTH & CORRECTIONAL PROGRAMS

## INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE? BECAUSE Charlotte D. Gardner has Not EXAMINED my DENTAl X-RAYS TO RENDER A RESPONCE, only Dr. CANAdy ANd Dr. RUSSEll CAN RENDER A COLRECT RESPONSE TO this gRIEVANCE because THEY ARE DENTIST.

John H. Williams
_____
Inmate Signature

93081
_____
ADC#

10/18/2013
_____
Date

IGTT420                    Page 1 of 2

Exhibit #14

IGTT430
3GD

Attachment VI

INMATE NAME: Williams, John H.          ADC #: 093081          GRIEVANCE#:VSM13-03633

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION**

On September 11, 2013, you grieved that Corizon's dental staff does not provide "fillings, crowns nor partial cosmetic dental care in order to save offenders tooth" in an effort to save money for the company.

The medical department responded, "The Dental Services policy states "ADC Dental Services will provide treatment of dental pain, sedative fillings, extractions of non-restorable teeth, and gross debridement of symptomatic areas. Documentation in the dental record must include a description of the indication for extraction of teeth. In general, extraction is indicated when a tooth cannot be saved, when a destructive process cannot be halted without removing a tooth, or when a tooth or teeth interfere with a planned prosthesis". Cosmetic services and crowns manufactured from non-stainless steel metals are not provided. The dentist is authorized to determine if/when a tooth extraction is indicated; the decision is not based on saving money. Your grievance is without merit."

Your appeal states that Ms. Gardner has not reviewed your dental x-rays. You feel that only a dentist can give you a correct answer.

Ms. Gardner does not have to be a dentist to quote policy. According to the Dental Services policy cosmetic services are not be provided.

Your appeal is without merit.

Wendy Kelley                      11/3/13
_____                   _____
Director                          Date

Exhibit #25

IGTT405
3GT

Attachment V

# ACKNOWLEDGEMENT OF GRIEVANCE APPEAL
## or REJECTION OF APPEAL

TO:  Inmate  <u>Williams, John H.</u>        ADC #:  <u>093081B</u>
FROM:  <u>Griffin, Rory L</u>              TITLE:  <u>Dep Dir for Hlth and Corr Svc</u>
RE: Receipt of Grievance <u>VSM14-00373</u>   DATE:  <u>03/20/2014</u>

Please be advised, the appeal of your grievance dated  <u>01/27/2014</u>
was received in my office on this date  <u>03/20/2014</u>

**Your grievance appeal is being returned pursuant to the Administrative Directive on Inmate Grievances due to one of the following:**

☑  The time allowed for appeal has expired
☐  The matter is non-grievable and does not involve retaliation:
    ☐  (a) Parole and/or Release matter
    ☐  (b) Transfer
    ☐  (c) Job Assignment unrelated to medical restriction
    ☐  (d) Disciplinary matter
    ☐  (e) Matter beyond the Department's control and/or matter of State/Federal law
    ☐  (f) Involves an anticipated event
☐  You did not send all the proper Attachments:
    ☐  (a) Unit Level Grievance Form (Attachment 1)
    ☐  (b) Warden's/Center Supervisor's Decision (Attachment III); or Health Services Response Attached (Attachment IV for Health Issues Only)
    ☐  (c) Did not give reason for disagreement in space provided for appeal
    ☐  (d) Did not complete Attachment III or IV with your name, ADC#, and/or date
    ☐  (e) Unsanitary form(s) or documents received
    ☐  (f) This Appeal was REJECTED because it was a duplicate of  , or was frivolous or vexatious

IGTT405                           Page 1 of 1

*Photo Copy of Yellow Copy (Pink Copy not legible)* *use the printer*

# UNIT LEVEL GRIEVANCE FORM (Attachment I)

Unit/Center VARNER SUPER MAX   Exhibit #25

Na John Henry Williams

ADC# 92081   Brks # 218   Job Assignment Ad Seg

| FOR OFFICE USE ONLY |
|---|
| GRV. # VSM14-00373 |
| Date Received: 01-27-14 |
| GRV. Code #: 600 |

**COPY**

1/27/14 (Date) STEP ONE: Informal Resolution

1/27/14 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why Because of Uncle Tammy Heany And lawsuit of my Dental Problem got me all of my teeth lost.

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _____

*Is this Grievance concerning Medical or Mental Health Services?* YES *If yes, circle one* medical or mental

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print) From 7/1/2012 to 9/26/2012 A.D.C. I, ESTELLA HOBBS, RAY GRIFFIN, LARRY MAY And WENDY KELLEY WARDEN RANDY WATSON, LOIS WEINER And JAMES JACKSON, CPT. STEPHEN G, L.MADE MAJOR HENRIE GLEN MAYS MAURICE CULOTHE, CMS/CORIZON TAM, DEBORAH YORK, CHARLETTE ARCHER C. SEINEY, S. LUDLAM, AMANDA G., DR. ORIGO, LPN, NURSE KELLEY DELENDER DENIED THE MEDICAL DENTAL CARE by NOT HAVING A DENTIST STAFF here AT VARNER / VSM TO provide me with Thorough DENTAL DENTAL CARE FOR MY EXTREME DENTAL Problem which DELIBERATELY CAUSED me A GREAT HARM And CONSTANT MENTAL Anguish And GREAT PAIN And I.C. TO T.M.J. I AM suffering, BECAUSE I CAN NOT EVER EXPERIENCE THE NATURAL feeling And enjoyment of biting into A juicy STEAK, APPLE PEAR EAT, ETC, Again.

TO SOLVE OR RESOLVE: I AM REQUESTING COMPENSATORY DAMAGE of $20,000 PUNITIVE DAMAGE of $20,000 INJUNCTION DAMAGE of $20,000 AND A DENTIST IMMEDIATELY AWAY FROM VARNER/VSM.

Inmate Signature John H. Williams   Date 1/21/2014

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

## THIS SECTION TO BE FILLED OUT BY STAFF ONLY

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

RECEIVED HEALTH DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received

Describe action taken to resolve complaint, including **dates**: _____

MAR 12 2014

HEALTH & CORRECTIONAL PROGRAMS

Staff Signature & Date Returned   John Williams Inmate Signature & Date Received 1/27/2014

This ___ m was received on 1-27-14 (date), pursuant to **Step Two**. Is it an Emergency? No (Yes or No)
Staff who Received Step Two Grievance: S. Plunser   Date: 1-27-14
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: 1/29/14

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

Exhibit # 25

CB2/218

IGTT420
3GH

Attachment IV

INMATE NAME:  Williams, John H.        ADC #:  093081B        GRIEVANCE #:  VSM14-00373

## HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(621) You are concerned about the length of time that has lapsed since you saw the dentist and having your teeth completed.

You were seen by Dr. Nunn on 1/9/2014 and she informed you that you qualified for dentures. This has not been completed. We do have a dentist coming to Varner and he is attempting to complete the prosthetics by the endo of March.

I find this grievance with merit due to the delay.

_____
Signature of Health Services
Administrator/Mental Health Supervisor or
Designee

Deborah Louise York          02/28/2014
_____      _____
Title                        Date

RECEIVED
ARKANSAS DEPARTMENT
OF CORRECTION

MAR 12 2014

## INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE? BECAUSE Deborah York is once again FABRICATED THE ISSUE complain About in This complaint, because I have not been seen on 1/9/2014 by Dr. Nunn. I RENDER A MEDICAL Grievance Response By MEDICAL Grievance coordinator that Dr. Nunn have Approve for Me To Receive Upper DENTURES in OTHER STEP one Informal Solutions But AT NO TIME HAVE I been seen by Dr. Nunn. (SEE Responses of All STEP One Informal Solutions In Records From 12/10/2013 To 3/1/2014)

93081                3/1/2014
John H. Williams
_____      _____
Inmate Signature    ADC#      Date

3/1/2014): Also, REVIEW SECURITY CAMERAS TAPES on 1/9/2014. And Said Security TAPES in cellblock# will show ThAT I NEVER LEFT CEll# 218 on That dAy For ANY Appointment.