IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOHN HENRY WILLIAMS,                                                                        PLAINTIFF
ADC # 93081

v.                                      5:14CV00281-JM-JJV

DEBRA YORK; *et al.*                                                                        DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's claims against Defendant Ludlam are DISMISSED without prejudice for failure to state a claim upon which relief can be granted;

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting these recommendations would not be taken in good faith.

Dated this 29th day of August, 2014.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE

1