**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JOHN HENRY WILLIAMS,                                                                                           PLAINTIFF
ADC # 93081

v.                                                    5:14CV00281-JM-JJV

DEBRA YORK; *et al.*                                                                                              DEFENDANT

### ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe.  No objections have been filed.  After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's Motion for Temporary Restraining Order (Doc. No. 53) is DENIED.

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

DATED this 8th day of July, 2015.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE