**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JOHN HENRY WILLIAMS,                                                                                   PLAINTIFF
ADC # 93081

v.                                                  5:14CV00281-JM-JJV

DEBRA YORK; *et al.*                                                                                    DEFENDANT

### ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's Objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.    Defendants' Motion for Summary Judgment (Doc. No. 54) is GRANTED in part and DENIED in part:

    A.    Plaintiff's claims against Defendant Stephens and his claims concerning his missed September 11, 2013, appointment are DISMISSED without prejudice for failure to exhaust administrative remedies;

    B.    Plaintiff's official capacity claims for money damages are dismissed; and

    C.    The Motion is DENIED in all other respects.

DATED this 13th day of August, 2015.

                                                                                    _____
                                                                                    JAMES M. MOODY, JR.
                                                                                    UNITED STATES DISTRICT JUDGE