**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JOHN HENRY WILLIAMS,                                                                 PLAINTIFF
ADC # 93081

v.                                       5:14CV00281-JM-JJV

DEBRA YORK; *et al.*                                               DEFENDANT

## **ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe (Docket No. 133) and the objections filed by the ADC Defendants. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that the ADC Defendants' Motion to Reconsider Summary Judgment on Qualified Immunity (Doc. No. 131) is DENIED.

DATED this 2nd day of December, 2016.

                                                           _____
                                                           JAMES M. MOODY, JR.
                                                           UNITED STATES DISTRICT JUDGE