FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 12 2019

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

# VERDICT

Note: Complete this form by writing in the name required by your verdict.

1) On plaintiff's claim against defendant Kennie Bolden, we find in favor of:

_____ Defendant Kennie Bolden _____

(Plaintiff John Henry Williams)     or     (Defendant Kennie Bolden)

Note: Complete the following paragraph only if the above finding is in favor of the plaintiff.

We find plaintiff's damages to be $_____ (state the amount, or if you find that the plaintiff's damages have no monetary value, state the nominal amount of $1.00).

2) On plaintiff's claim against defendant Moses Jackson, we find in favor of:

_____ Defendant Moses Jackson _____

(Plaintiff John Henry Williams)     or     (Defendant Moses Jackson)

Note: Complete the following paragraph only if the above finding is in favor of the plaintiff.

We find plaintiff's damages to be $_____ (state the amount, or if you find that the plaintiff's damages have no monetary value, state the nominal amount of $1.00).

3) On plaintiff's claim against defendant Lasaundra Malone, we find in favor of:

_____ Defendant Lasaundra Malone _____

(Plaintiff John Henry Williams)     or     (Defendant Lasaundra Malone)

Note: Complete the following paragraph only if the above finding is in favor of the plaintiff.

We find plaintiff's damages to be $_____ (state the amount, or if you find that the plaintiff's damages have no monetary value, state the nominal amount of $1.00).

4) On plaintiff's claim against defendant Randy Watson, we find in favor of:

_____Defendant Randy Watson_____
(Plaintiff John Henry Williams)         or         (Defendant Randy Watson)

Note: Complete the following paragraph only if the above finding is in favor of the plaintiff.

We find plaintiff's damages to be $_____ (state the amount, or if you find that the plaintiff's damages have no monetary value, state the nominal amount of $1.00).

Date: 2/12/19

Foreperson: _____T.F____
                     Tony D.Fry